# United States Bankruptcy Court
## District of Oregon

In re **Blue Moon Property Group, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Blue Moon Property Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Brilliant Homes LLC**  
**17600 Pacific Hwy Unit 338**  
**Marylhurst, OR 97036**

☐ None [*Check if applicable*]

| | |
|---|---|
| **November 8, 2022** | **/s/ Douglas R. Ricks** |
| Date | **Douglas R. Ricks** |
| | Signature of Attorney or Litigant |
| | Counsel for **Blue Moon Property Group, LLC** |
| | **Vanden Bos & Chapman, LLP** |
| | **319 SW Washington** |
| | **Suite 520** |
| | **Portland, OR 97204** |
| | **503-241-4869** |
| | **doug@vbcattorneys.com** |