Douglas R. Ricks, OSB #044026
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

    Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 22-31873-thp13 |
|---|---|
| Blue Moon Property Group, LLC<br><br>                  Debtor-in-Possession. | DECLARATION UNDER PENALTY OF PERJURY BY LIMITED LIABILITY COMPANY DEBTOR CERTIFYING DOCUMENTS REQUIRED BY 11 U.S.C. §1116(1)(B) |

    I, Ronald G. Sapp, the Agent of Member of the Debtor in this case, declare under penalty of perjury as follows:

1. A "balance sheet" has not been prepared;

2. A "statement of operations" has not been prepared;

3. A "cash-flow statement" has not been prepared; and

4. No Federal income tax returns have been prepared.

//
//

Page 1 of 2   DECLARATION UNDER PENALTY OF PERJURY BY LIMITED LIABILITY COMPANY DEBTOR CERTIFYING DOCUMENTS REQUIRED BY 11 U.S.C. §1116(1)(B)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11   Doc 4   Filed 11/09/22

I further declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: 11/8/2022

By: /s/ Ronald G. Sapp
Ronald G. Sapp, Declarant

Page 2 of 2   DECLARATION UNDER PENALTY OF PERJURY BY LIMITED LIABILITY COMPANY DEBTOR CERTIFYING DOCUMENTS REQUIRED BY 11 U.S.C. §1116(1)(B)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11   Doc 4   Filed 11/09/22