UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
PORTLAND DIVISION

IN RE: Blue Moon Property Group, LLC ) CASE NO. 22-31873-thp11
)
Debtor(s) ) CHAPTER 11

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee, Gregory M. Garvin, has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Amy Mitchell
PO Box 2289
Lake Oswego, OR 97035
(503) 675-9955
(503) 675-9977 fax
mitchelltrustee@comcast.net

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: 11/14/22

GREGORY M. GARVIN
Acting United States Trustee
Region 18, Judicial District
Of Oregon

By: */s/ Stephen P. Arnot*
STEPHEN ARNOT OSB # 070765
Assistant United States Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| IN RE: | CASE NO. |
| Blue Moon Property Group, LLC | 22-31873-thp11 |
| Debtor | CHAPTER 11 |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

I anticipate seeking compensation for my service in this case at a minimum hourly rate of $400.00. However, hourly rates will increase based upon the complexity of the case and the length of administration by the Trustee. In addition, I will seek reimbursement for any actual and necessary expenses I incur. All compensation and expenses sought by the Trustee will be subject to court approval pursuant to 11 U.S.C. § 330.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: November 10, 2022

/s/_Amy Mitchell
Amy Mitchell

1