In re:     Case No. 22-31873-thp
Blue Moon Property Group, LLC     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3     User: admin     Page 1 of 2
Date Rcvd: Nov 14, 2022     Form ID: 309F2     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Blue Moon Property Group, LLC, 17600 Pacific Hwy Unit 338, Marylhurst, OR 97036-0801 |
| 102409035 | + | Brilliant Homes, LLC, 17600 Pacific Hwy, Ste A, Portland, OR 97230 |
| 102409040 | + | DJ Property Solutions, LLC, c/o Troy G. Sexton, Atty, 117 SW Taylor St, Ste 300, Portland, OR 97204-3029 |
| 102409037 | + | Darrell Deem, Deem Realty Funding, Deem, Investment Co, Janine Law, et al, c/o Troy G. Sexton, Atty, 117 SW Taylor St, Ste 300, Portland, OR 97204-3029 |
| 102409038 | + | David G. Law, c/o Troy G. Sexton, Atty, 117 SW Taylor St, Ste 300, Portland, OR 97204-3029 |
| 102409039 | + | Deem Realty Funding, Inc., c/o Troy G. Sexton, 117 SW Taylor St., Ste 300, Portland, OR 97204-3029 |
| 102409041 | + | Gretchen Pan & Xianghua 'Ed' Pan, c/o Troy G Sexton, Atty, 117 SW Taylor, Ste 300, Portland, OR 97204-3029 |
| 102409047 | | ODR, c/o Ellen Rosenblum, Attorney General, Oregon Department of Justice, 1162 Court St, NE, Salem, OR 97301-4096 |
| 102409049 | + | RENX Group, LLC, c/o 6915 SW Macadam Ave, Ste 300, Portland, OR 97219-2377 |
| 102409048 | + | Red Phoenix Properties, LLC, c/o David James Rowe, RA, 2204 SE 35th Pl, Portland, OR 97214-5808 |
| 102409050 | | State of Oregon, c/o Ellen Rosenblum, Attorney General, Oregon Department of Justice, 1162 Court St, NE, Salem, OR 97301-4096 |
| 102409051 | + | Turning Leaf Homes, LLC, 1701 SE Oak Shore Lane, Portland, OR 97267-3628 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecfmail@vbcattorneys.com | Nov 15 2022 02:20:00 | DOUGLAS R RICKS, 319 SW Washington St #520, Portland, OR 97204 |
| tr | + | Email/Text: mitchelltrustee@comcast.net | Nov 15 2022 02:21:00 | Amy E Mitchell, POB 2289, Lake Oswego, OR 97035-0074 |
| smg | | Email/Text: CSPBankruptcy@doj.state.or.us | Nov 15 2022 02:21:00 | Dept of Justice, Division of Child Support, Attn: Bankruptcy Unit, POB 14670, Salem, OR 97309-9995 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 15 2022 02:21:00 | IRS, IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: bankruptcy.revenue@oregon.gov | Nov 15 2022 02:21:00 | ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| smg | + | Email/Text: usaor.bankruptcy@usdoj.gov | Nov 15 2022 02:21:00 | US Attorney, US Attorney, 1000 SW 3rd Ave #600, Portland, OR 97204-2936 |
| smg | ^ | MEBN | Nov 15 2022 02:18:22 | US Attorney General, Department of Justice, 10th & Constitution NW, Washington, DC 20530-0001 |
| ust | + | Email/Text: ustpregion18.pl.ecf@usdoj.gov | Nov 15 2022 02:21:00 | US Trustee, Portland, 1220 SW 3rd Ave., Rm. 315, Portland, OR 97204-2829 |
| 102409036 | + | Email/Text: bankruptcynotices@co.clackamas.or.us | Nov 15 2022 02:21:00 | Clackamas County Assessment & Taxation, c/o Tami Little, Assessor, 150 Beavercreek Rd, Oregon City, OR 97045-4302 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 102409043 | | Email/Text: usaor.bankruptcy@usdoj.gov | Nov 15 2022 02:21:00 | IRS, Attn: Civil Process Clerk, U.S. Attorney, District of Oregon, 1000 SW 3rd, #600, Portland, OR 97204-2936 |
| 102409045 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2022 02:21:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 102409046 | + | Email/Text: bankruptcy.revenue@oregon.gov | Nov 15 2022 02:21:00 | ODR, ATTN: Bankruptcy Unit, 955 Center St NE, Salem, OR 97301-2555 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 102409044 | *+ | IRS, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 102409042 | *+ | IRS, Attn: Attorney General of United States, 950 Pennsylvania Ave. NW, Washington, DC 20530-0009 |
| 102409034 | ##+ | Big Blue Capital Partners, c/o Tracey M. Baron, Authorized Rep., 1701 Oak Shore Lane, Portland, OR 97267-3628 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022    Signature:    /s/Gustava Winters

Debtor  **Blue Moon Property Group, LLC**  EIN: 92–0977143
Name

United States Bankruptcy Court   District of Oregon   Date case filed for chapter:  11   11/9/22

Case number:  22–31873–thp11

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)
# Notice of Chapter 11 Bankruptcy Case
12/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Blue Moon Property Group, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 17600 Pacific Hwy Unit 338<br>Marylhurst, OR 97036 | |
| 4. **Debtor's attorney**<br>Name and address | DOUGLAS R RICKS<br>319 SW Washington St #520<br>Portland, OR 97204 | Contact phone (503) 241–4869<br><br>Email: ecfmail@vbcattorneys.com |
| 5. **Bankruptcy trustee**<br>Name and address | Amy E Mitchell<br>POB 2289<br>Lake Oswego, OR 97035 | Contact phone (503) 675–9955<br><br>Email: mitchelltrustee@comcast.net |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1050 SW 6th Ave. #700<br>Portland, OR 97204 | Office Hours:<br>9:00 a.m. – 4:30 p.m.<br><br>Contact phone 503–326–1500 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| Debtor | **Blue Moon Property Group, LLC** | Case number | **22–31873–thp11** |

| | | | |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>The debtor's representative, as specified in Bankruptcy Rule 9001(5), must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 14, 2022 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Photo ID is required. | Location:<br><br>**Telephone 341 meeting. Dial 866–564–0532, and enter passcode 8835427.** |
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim: 1/18/23** For a governmental unit: **See Fed. Rule Bankr. Proc. 3002(c)(1)**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be completed and filed at https://www.orb.uscourts.gov or any bankruptcy clerk's office. Please file proof of claim electronically at https://www.orb.uscourts.gov. No password or login required.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** 2/13/23 | |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| 13. | **Court Information and Legal Advice** | Court information is available at https://www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. | |

Case 22-31873-thp11    Doc 14    Filed 11/16/22