Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #073501
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR  97204
Telephone:  503-241-4869
Fax:  503-241-3731

     Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 22-31873-thp11 |
|---|---|
| Blue Moon Property Group, LLC | DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE MISSING DOCUMENTS |
| Debtor-in-Possession. | |

Debtor-in-Possession, Blue Moon Property Group, LLC ("Debtor"), by and through

attorney, Douglas R. Ricks, hereby moves the Court for an Order extending the deadline of

November 23, 2022 by which Debtor must file, Schedules A through J, Declaration

Concerning Schedules, and Statement of Financial Affairs until November 30, 2022.

This extension is necessary because Debtor needs additional time to review missing

documents before signing.  The 341(a) hearing in this matter is set for December 14, 2022.

Respectfully Submitted;

VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
   Douglas R. Ricks, OSB #044026
   Christopher N. Coyle, OSB #073501
   Of Attorneys for Debtor-in-Possession

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

In re Blue Moon Property Group, LLC
Ch 11 Bankruptcy Case No.22-31873-thp11

CERTIFICATE - TRUE COPY

DATE:          November 23, 2022

DOCUMENT:   MOTION FOR EXTENSION OF TIME TO FILE MISSING
                        DOCUMENTS

      I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of the foregoing on:

Blue Moon Property Group, LLC
Attn: Ronald Sapp
17600 Pacific Hwy Unit 338
Marylhurst, OR 97036

See Attached List. (The original Service List is attached
to the original copy filed with the Court only.  Creditors
may request a copy of the Service List by contacting
the undersigned.)

by mailing a copy of the above-named document to each of the above in a sealed envelope addressed to the last known address.  Each envelope was deposited into the postal system at Portland, Oregon, on the below date, postage prepaid.

      I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

  Dated:  November 23, 2022          VANDEN BOS & CHAPMAN, LLP


                                                   By:/s/Douglas R. Ricks
                                                        Douglas R. Ricks, OSB #044026
                                                        Christopher N. Coyle, OSB #073501
                                                        Of Attorneys for Debtor-in-Possession