Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #073501
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 22-31873-thp11 |
|---|---|
| Blue Moon Property Group, LLC | DEBTOR'S SUBMISSIONS PURSUANT TO ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE |
| Debtor-in-Possession. | |

Pursuant to the Order of this Court, Debtor-in-Possession, Blue Moon Property Group, LLC ("Debtor"), hereby submits the following:

1.  The following is a short narrative of the details the efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization: Debtor's effort to reorganize will be primarily driven by the sale of the real property located at 3220 Southshore Blvd, Lake Oswego, Oregon (the "Property"), in order to pay accrued expenses and facilitate payment in full to all creditors. The Property was originally listed for sale by the Debtor's parent company, Brilliant Homes, LLC, for $2,790,000 after a substantial effort to rehabilitate and improve the Property. Aggressive marketing to facilitate a sale has been undertaken pre-petition (reductions to $2,690,000 on 9/17/22 and $2,490,000 on 10/4/22). After transfer of the Property to the Debtor, this pattern continued with a price reduction to

Page 1 of 3   DEBTOR'S SUBMISSIONS PURSUANT TO ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11    Doc 24    Filed 12/06/22

$2,290,000 shortly after the filing of the petition and a more recent reduction to $2,150,000. Consistent with the above, Debtor intends to file with the Court its Application for Authority to Employ Realtor (Mary Jo Avery of Avery Bunick Luxury Properties, Inc.), which will include the listing agreement that sets forth the post-petition pricing changes.

2. Debtor's cash flow analysis, prepared on a monthly basis, from the petition date (November 9, 2022) through March 9, 2023 is attached as **Exhibit A** and incorporated herein by this reference.

3. The Court's request for Debtor's financial information regarding the Debtor for the past three (3) years is not applicable as Debtor began operation on November 8, 2022. There is no significant seasonal variation in Debtor's income and expenses.

4. A statement of the income and expenses of the Debtor since the filing of the petition is attached as **Exhibit B** and incorporated herein by this reference. Expenses have been and are being paid in the ordinary course of business.

5. Debtor expects to employ the following professionals during the course of the reorganization:

    a. Vanden Bos & Chapman, LLP (Debtor's general counsel).

    b. Mary Jo Avery of Avery Bunick Luxury Properties, Inc.

6. Attached as **Exhibit C** is the monthly budget for the anticipated fees and expenses of Vanden Bos & Chapman, LLP during the Chapter 11 case. The attached budget for the professional is an estimate only; the budget is not intended to establish either a minimum or maximum that might be charged by the professional. The professional

Page 2 of 3    DEBTOR'S SUBMISSIONS PURSUANT TO ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11    Doc 24    Filed 12/06/22

reserves the right to seek compensation in amounts above the attached budgets if the time expended exceeds the estimates.

DATED: December 6, 2022   VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtor-in-Possession

Page 3 of 3   DEBTOR'S SUBMISSIONS PURSUANT TO ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11   Doc 24   Filed 12/06/22

# BLUE MOON PROPERTY GROUP, LLC

## CASH FOR ANALYSIS
(11/09/22 - 03/09/2023)

|  | November | December | January | February | March |
|---|---|---|---|---|---|
| **Cash In** |  |  |  |  |  |
|  | $0 | $0 |  |  |  |
| Deposit |  |  | $20,000 |  |  |
| Rent |  |  |  | $10,000 | $10,000 |
|  |  |  |  |  |  |
| **Cash Out** |  |  |  |  |  |
|  |  |  |  |  |  |
| PGE | $472 | $490 | $490 | $490 | $490 |
| Landscapers | $400 | $400 | $400 | $400 | $400 |
| City of Lake Oswego | $150 | $150 | $150 | $150 | $150 |
| NW Natural | $35 | $50 | $50 | $50 | $50 |
| Law, Deam, Pans | $675 | $675 | $675 | $675 | $675 |
| Mr. Cooper | $1,223.88 | $1,223.88 | $1,223.88 | $1,223.88 | $1,223.88 |
|  |  |  |  |  |  |
| Outflow | $2,956 | $2,989 | $2,989 | $2,989 | $2,989 |
|  |  |  |  |  |  |
| *Monthly Cashflow* | **-$2,956** | **-$2,989** | **$17,011** | **$7,011** | **$7,011** |

**BLUE MOON PROPERTY GROUP, LLC**

**STATEMENT OF INCOME AND EXPENSES**

| November 9th-December 6th | |
|---|---|
| **INCOME** | |
| | $0 |
| | |
| **EXPENSES** | |
| | |
| PGE | $472 |
| Landscapers | $400 |
| City of Lake Oswego | $150 |
| NW Natural | $35 |
| **Accrued Interest Creditor** | |
| Law, Deam, Pans | $675 |
| Mr. Cooper | $1,223.88 |
| | |
| | |
| **Total Expenses** | **$2,956** |

**Estimated Professional Fees**
**11/2022 - 04/2022**

| Professional | November-22 | December-22 | January-23 | February-23 | March-23 | April-23 | Total |
|---|---|---|---|---|---|---|---|
| Vanden Bos & Chapman, LLP* | $7,500.00 | $7,500.00 | $7,500.00 | $5,000.00 | $5,000.00 | $2,500.00 | $35,000.00 |
| Avery Bunick Luxury Properties, Inc.* | $0.00 | $0.00 | $0.00 | $0.00 | $105,000.00 | $0.00 | $105,000.00 |

EXHIBIT C - Page 1 of 1

Case 22-31873-thp11    Doc 24    Filed 12/06/22

<u>In re Blue Moon Property Group, LLC</u>
Ch 11 Bankruptcy Case No.22-31873-thp11

CERTIFICATE - TRUE COPY

DATE: December 6, 2022

DOCUMENT: CASE MANAGEMENT SUBMISSION

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

Blue Moon Property Group, LLC
Attn: Ronald Sapp
17600 Pacific Hwy Unit 338
Marylhurst, OR 97036

by mailing a copy of the above-named document to each of the above in a sealed envelope addressed to the last known address. Each envelope was deposited into the postal system at Portland, Oregon, on the below date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: December 6, 2022      VANDEN BOS & CHAPMAN, LLP


                              By:/s/Douglas R. Ricks
                                  Douglas R. Ricks, OSB #044026
                                  Christopher N. Coyle, OSB #073501
                                  Of Attorneys for Debtor-in-Possession

Page 1 – CERTIFICATE OF SERVICE

Case 22-31873-thp11    Doc 24    Filed 12/06/22