Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #073501
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR  97204
Telephone:  503-241-4869
Fax:  503-241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 22-31873-thp11 |
|---|---|
| Blue Moon Property Group, LLC | APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY REALTOR (Mary Jo Avery of Avery Bunick Luxury Properties, Inc.) |
| Debtor-in-Possession | |

## NOTICE

If you oppose the proposed course of action or relief sought in this Application, you

must file a written objection with the bankruptcy court no later than twenty-one (21) days

after the date listed in the certificate of service below. If you do not file an objection, the

court may grant the Application without further notice or hearing. Your objection must set

forth the specific grounds for objection and your relation to the case. The objection must be

received by the clerk of court at 1050 SW 6th Avenue #700, Portland, OR 97204, by the

deadline specified above or it may not be considered. You must also serve the objection on

Debtor, c/o Douglas R. Ricks, Vanden Bos & Chapman, LLP, 319 SW Washington Street,

Suite 520, Portland, OR  97204 (503) 241-4869, within that same time. If the court sets a

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

hearing, you will receive a separate notice listing the hearing date, time, and other relevant information.

## APPLICATION

The Applicant, Debtor-in-Possession, Blue Moon Property Group, LLC ("Debtor"), respectfully requests entry of the proposed order attached hereto as **Exhibit A** (the "Proposed Order") and represents as follows:

1.    Debtor has filed a petition under Chapter 11 of the Bankruptcy Code.

2.    Debtor wishes to employ**,** Mary Jo Avery of Avery Bunick Luxury Properties, Inc. ("Professional"), 15540 Boones Ferry Rd., Lake Oswego, OR  97034, Phone: 503.799.3839, as its selling agent and authorize Debtor to enter into and/or assume that certain RMLS Oregon Exclusive Right to Sell - Listing Contract (together with Change Forms as applicable) and associated agreements (collectively, the "Listing Agreement") attached hereto as **Exhibit 1** to the Proposed Order with respect to the real property located at 3220 Southshore Blvd, Lake Oswego, Oregon (the "Property"). The Listing Agreement provides a commission of five and one quarter percent (5.25%) of the gross sales price on the sale of the Property executed during the term of the Listing Agreement.

1.    Debtor has selected Professional for the reason that Professional has experience in matters of this character.

2.    To the best of Debtor's knowledge, Professional has no connection with the creditors or any other adverse party or its attorneys, except as disclosed in the Rule 2014 Verified Statement on file herein.

3.    Professional represents no interest adverse to the Debtor as debtor-in-possession or to the estate in the matters upon which Professional is to be engaged, except

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

as disclosed in the Rule 2014 Verified Statement on file herein. The employment of Professional would be in the best interests of the estate.

WHEREFORE, Debtor prays as follows:

1. That Debtor shall be authorized to employ Professional as Debtor's realtor with the exclusive right to market the Property for sale; and

2. Debtor further prays for entry of the Proposed Order attached hereto approving the terms and conditions of Professional's Listing Agreement.

DATED: December 5, 2022

VANDEN BOS & CHAPMAN, LLP                BLUE MOON PROPERTY GROUP, LLC


By:/s/Douglas R. Ricks                       By:/s/Ronald Sapp
   Douglas R. Ricks, OSB #044026          Ronald Sapp, For Agent of Member
   Of Attorneys for Debtor-in-Possession    Brilliant Homes LLC
                                        Debtor-in-Possession

Page 3 of 3   APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY REALTORS
(Mary Jo Avery of Avery Bunick Luxury Properties, Inc.))

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11   Doc 25   Filed 12/07/22

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 22-31873-thp11 |
| Blue Moon Property Group, LLC | ORDER FOR THE EMPLOYMENT OF REALTOR FOR DEBTOR-IN-POSSESSION (Mary Jo Avery of Avery Bunick Luxury Properties, Inc.) |
| Debtor-in-Possession. | |

THIS MATTER having come before the court upon the application of Debtor-in-Possession, Blue Moon Property Group, LLC ("Debtor"), praying for authority to employ and appoint the Mary Jo Avery of Avery Bunick Luxury Properties, Inc. as Debtor's realtor and that the connections disclosed in the Rule 2014 Verified Statements on file herein do not constitute adverse interests, that Professional represents no interest adverse to the Debtor as Debtor-in-Possession herein on the matters upon which Professional is to be engaged, or to the estate, (except as disclosed in the Rule 2014 Verified Statement on file herein), that the Professional's employment is necessary and would be in the best interest of the estate, and the time for filing an objection having expired and the Court being otherwise fully advised, it is hereby

ORDER FOR THE EMPLOYMENT OF REALTOR FOR DEBTOR-IN-POSSESSION (Mary Jo Avery of Avery Bunick Luxury Properties, Inc.))

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

**EXHIBIT A - Page 1 of 17**

ORDERED that:

1.      Debtor is authorized to employ Professional as its realtor.  The terms and conditions of the employment of Professional, are set forth in the Listing Agreement attached as **Exhibit 1**.

2.      That compensation shall be set by the Court to be paid upon Applicant's compliance with the procedures set forth in 11 U.S.C. §§ 330 and/or 331.

This Order shall be effective only if the firm to which it applies does not hold or represent an interest adverse to the estate and is a "disinterested person" as defined by 11 U.S.C. §101(14)

###

**PRESENTED BY:**

VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #073501
    Of Attorneys for Debtor-in-Possession

**LBR 9021-1 CERTIFICATION**
I certify that I have complied with the requirement of LBR 9021-1(a); Order was attached to the Motion..


By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #073501

**First Class Mail:**

Blue Moon Property Group, LLC
Attn: Ronald Sapp
17600 Pacific Hwy Unit 338
Marylhurst, OR 97036

Avery Bunick Luxury Properties
Attn:  Mary Jo Avery
15540 Boones Ferry Rd.
Lake Oswego, OR  97034

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system

Page 2 of 2      ORDER FOR THE EMPLOYMENT OF REALTOR FOR DEBTOR-IN-POSSESSION (Mary Jo Avery of Avery Bunick Luxury Properties, Inc.))

**EXHIBIT A - Page  2 of 17**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11    Doc 25    Filed 12/07/22

DocuSign Envelope ID: 5CC78870-0E70-4FEB-AFC4-37AE2CBA3329

## RMLS OREGON EXCLUSIVE RIGHT TO SELL - LISTING CONTRACT

**PROPERTY ADDRESS:** 3220 SOUTHSHORE BLVD          **CITY, STATE** Lake Oswego, OR

1   **1. AGENCY.** Seller has received and read a copy of the Initial Agency Disclosure Pamphlet. SELLER
2   authorizes BROKER'S FIRM to appoint BROKER to act as SELLER's listing BROKER. It is understood
3   and agreed that this Agreement creates an agency relationship with BROKER and BROKER'S FIRM only,
4   not with any other brokers of BROKER'S FIRM. Any broker other than BROKER who procures a
5   prospective buyer for the Property will not be representing SELLER and may represent a buyer.

6   **2. EXCLUSIVE RIGHT TO SELL.** In consideration for the services to be rendered by the undersigned
7   BROKER'S FIRM, the undersigned SELLER hereby grants to BROKER'S FIRM the exclusive right to sell
8   the property located at the address set forth above and more particularly described on the RMLS Listing
9   Data Input Form hereto attached (the "Property").

10  This listing is:

11      [x] AN ACTIVE LISTING (ACT). Date marketing to begin is          November 18          , 2022 ,
12      which will be the List Date published in RMLS. No marketing may occur before such date.

13      [ ] COMING SOON-NO SHOWING LISTING (CSN). Will automatically convert to ACT on
14      first date for showing and Date marketing to begin on          _____,  _____ (not
15      more than 21 days from date of this Agreement). Property will be shown in RMLS as CSN status
16      and is subject to certain marketing restrictions, as provided in the RMLS Rules and Regulations,
17      including a prohibition against any showings and Internet advertising. A sign and flyer including
18      the phrase "Coming Soon" may be placed on the Property.

19      [ ] EXCLUDED FROM MLS. The Property will not be submitted to, or published in, RMLS.
20      The Authorization to Exclude from MLS Addendum and Public Marketing must be completed and
21      submitted to RMLS.

22  For purposes of this Section, marketing includes, but is not limited to, flyers displayed in windows, yard
23  signs, digital marketing on public facing websites, brokerage website displays (including IDX and VOW),
24  digital communications marketing (email blasts), multi-brokerage listing sharing networks, and
25  applications available to the general public. SELLER further allows BROKER'S FIRM a reasonable time
26  after termination or expiration of this Agreement to close any transaction on which earnest money, has been
27  paid, or a promissory note for earnest money has been tendered. No extension or renewal of this Agreement
28  shall be effective unless it is in writing signed by SELLER and authorized signatory of BROKER'S FIRM.

29  **3. LIST PRICE.** List Price $2,290,000 .

30  **4. TERM.** This Agreement is effective when fully signed by all parties, and shall terminate at 11:59p.m.
31  on February 28          , 2023 .

32  **5. BROKERAGE FEE.** SELLER shall pay a brokerage fee as set forth in Section 8 below in an amount
33  equal to      5.25    % of the selling price or option exercise price of the Property or
34  $_____. From the brokerage fee an amount equal to      2.5      % of the selling price or option
35  exercise price of the Property or $          _____ will be offered to Cooperating Firm (BAC). SELLER
36  hereby irrevocably assigns to BROKER'S FIRM the proceeds of such transaction to the extent of
37  BROKER'S FIRM's fee and irrevocably instructs the escrow agent, if any, to pay BROKER'S FIRM's fee
38  at closing out of such proceeds.

©RMLS 2020. ALL RIGHTS RESERVED.

Seller(s) Initials

**RMLS OREGON EXCLUSIVE RIGHT TO SELL - LISTING CONTRACT**  Page 2 of 6
RMLS 04/2020

PROPERTY ADDRESS: 3220 SOUTHSHORE BLVD     CITY, STATE Lake Oswego, OR

39  **6.   DISBURSEMENT.** In the event of forfeiture of earnest money for any transaction relating to this
40  Agreement, the earnest money shall be disbursed as follows:     SELLER 100            % BROKER's FIRM
41  _____% OR (check if applicable) ☑ to BROKER's FIRM to the extent of the brokerage fee, with
42  balance to SELLER. SELLERS' Initials _____ /
43  **7.   INSUFFICIENT PROCEEDS.** If the proceeds from the sale of the Property are insufficient to cover
44  costs at closing, SELLER acknowledges that the decision by any beneficiary or mortgagee, or its assignees,
45  to release its interest in the Property for less than the amount owed, does not automatically relieve SELLER
46  of the obligation to pay any debt or costs remaining at closing, including fees such as the BROKER's
47  FIRM's commission.

48  **8.   RIGHT TO COMPENSATION.**   In consideration for the services herein described, SELLER shall
49  pay BROKER's FIRM the brokerage fee set forth in Section 5 above if BROKER's FIRM or any
50  cooperating broker, including, but not limited to, a buyer's broker:

51       (a) finds a buyer ready, willing, and able to purchase the Property for the price and terms set forth
52       in the attached RMLS Listing Data Input Form or such other price and terms as SELLER may
53       accept; or
54       (b) places SELLER in contact with a person to whom SELLER sells the Property during the term
55       of this Agreement or within    NINETY            ( 90    ) days after termination of this
56       Agreement.

57  **In any event, SELLER shall pay the sum set forth in Section 5 above to BROKER's FIRM if SELLER**
58  **cancels the authority hereby given or if SELLER sells or agrees to sell the Property during the term**
59  **of this Agreement or any extension or renewal hereof.**      Section 8 (b) above shall not apply if, following
60  the termination of this Agreement, SELLER lists the Property for sale with another duly licensed real estate
61  broker and if the application of such section(s) would result in SELLER's liability for more than one
62  brokerage fee. The term "sale" shall include any exchange or trade to which SELLER consents. In the
63  event of an exchange, trade or lease option, BROKER's FIRM is permitted to represent and receive
64  compensation from both parties.

65  **9.   SERVICES; AUTHORITY.** BROKER's FIRM will market the Property, and in connection therewith,
66  SELLER hereby authorizes BROKER's FIRM to do the following:
67       (a) place a "for sale" sign on the Property and to remove all other similar signs;
68       (b) turn on, or leave on, all utilities serving the Property and authorize utility providers to do so in
69       order to show the Property, all at SELLER's expense;
70       (c) obtain and disclose any information pertaining to any present encumbrance on the Property;
71       (d) if authorized pursuant to Section 10 below, obtain a key to the Property and place such key in a
72       lock box on the exterior of the Property, with recognition that SELLER bears any risk of loss or
73       damage associated with the use of such lock box (SELLER should consult SELLER's homeowner's
74       insurance policy to determine coverage);
75       (e) have access to Property for purposes of showing it to prospective buyers at any reasonable hour;
76       (f) place information regarding this listing and the Property in the RMLS;
77       (g) accept deposits on SELLER's behalf.       BROKER's FIRM is authorized to cooperate with other
78       brokers and to share with such other brokers any commissions or compensation payable under this
79       Agreement; and
80       (h) communicate with SELLER by telephone, facsimile, e-mail, and /or other electronic means even
81       after the term of this Agreement.

©RMLS 2020. ALL RIGHTS RESERVED.



DocuSign Envelope ID: 5CC78870-0E70-4FEB-AFC4-37AE2CBA3329

**PROPERTY ADDRESS:** 3220 SOUTHSHORE BLVD          **CITY, STATE** Lake Oswego, OR

82  SELLER hereby authorizes RMLS to use, relicense,repurpose, display and otherwise deal with photos
83  and data regarding the Property, without compensation to the SELLER. Such authority shall survive
84  expiration or termination of this Agreement. Tenant occupancy - if tenant(s) occupies property, and
85  authority from the tenant(s) is required for BROKER's FIRM to do any of the items listed in Section 9,
86  SELLER shall obtain such authority from tenant(s).

87  **10. LOCKBOX.** SELLER [x] does [ ] does not (check one) authorize BROKER's FIRM to place a lockbox
88  on the Property.

89  **11. INTERNET.** SELLER [x] does [ ] does not (check one) authorize BROKER's FIRM to advertise the
90  Property on the Internet.

91  **12. INDEMNITY.** SELLER shall defend, indemnify and hold harmless BROKER's FIRM, its licensees
92  and any cooperating broker and its licensees from any liability, claims, damages, causes of action or suits
93  arising out of, or relating to any breach of the representations and warranties set forth herein or in any
94  agreement for the sale of the Property, and from the failure to disclose any material information to
95  BROKER's FIRM relating to the Property.

96  **13. ATTORNEYS' FEES.** If BROKER's FIRM or any cooperating broker refers this Agreement to an
97  attorney for collection of the compensation due hereunder, SELLER shall pay the costs and reasonable
98  attorneys' fees of BROKER's FIRM or any cooperating broker regardless of whether mediation is
99  conducted or arbitration or litigation is filed. If mediation is conducted or if arbitration or litigation is filed
100 in connection with any dispute relating to this Agreement, the prevailing party shall be entitled to its
101 attorneys' fees and costs in connection with such mediation, arbitration or litigation, and in any appeal
102 therefrom and enforcement thereof.

103 **14. DISPUTE RESOLUTION.** SELLER and BROKER's FIRM, including the licensees of each, if any,
104 agree that all claims, controversies or disputes, including those for recission (hereinafter collectively
105 referred to as "Claims"), relating directly or indirectly to this Agreement, shall be resolved in accordance
106 with the procedures set forth herein which shall expressly survive closing. Provided, however, the
107 following matters shall not constitute Claims:
108         (a) any proceeding to collect, interpret or enforce any mortgage, trust deed, land sale contract, or
109         recorded construction lien;
110         (b) a forcible entry and detainer action;
111         (c) any dispute between REALTORS® which is subject to the Professional Standards Arbitration
112         provisions of the National Association of REALTORS®.

113 The filing of a notice of pending action ("  *lis pendens* ") or the application to any court for the issuance of
114 any provisional process or similar remedy described in the Oregon or Federal Rules of Civil Procedure
115 shall not constitute a waiver of the right or duty to use the procedures specified below.
116 Notwithstanding the following provisions, SELLER, BROKER's FIRM and the licensees, if any, mutually
117 agree that all Claims within the jurisdiction of the Small Claims Court shall be brought and decided there,
118 in lieu of mediation, arbitration or litigation in any other court of law.

119 If SELLER was represented in this transaction by a licensee who was then a member of the National
120 Association of REALTORS®, all claims shall be submitted to mediation in accordance with the procedures
121 of the Home Seller/Home Buyer Dispute Resolution System of the National Association of REALTORS®
122 or other organization-adopted mediation program (collectively the "System"). Provided, however, if the
123 System is not then available through the licensees' Association of REALTORS®, then the SELLER,
124 BROKER's FIRM and/or licensees shall not be required to engage in mediation.

©RMLS 2020. ALL RIGHTS RESERVED.

Seller(s)
Initials

DocuSign Envelope ID: 5CC78870-0E70-4FEB-AFC4-37AE2CBA3329

**PROPERTY ADDRESS:** 3220 SOUTHSHORE BLVD                    **CITY, STATE** Lake Oswego, OR

125 All claims that have not been resolved by mediation, or otherwise, shall be submitted to final and binding
126 private arbitration in accordance with Oregon Laws. Filing for arbitration shall be treated the same as filing
127 in court for purposes of meeting any applicable statutes of limitation or for purposes of filing a    *lis pendens* .
128 SELLER, BROKER's FIRM and/or their licensees may use any professional arbitration company which
129 provides such service to the county where the Property is located, as selected by the party first filing for
130 arbitration. Provided, however, if no arbitration company has available services when the Claim arose, neither
131 SELLER, BROKER's FIRM, nor their respective licensees, if any, shall be required to participate
132 in arbitration.

133 BY CONSENTING TO THIS PROVISION YOU ARE AGREEING THAT DISPUTES ARISING UNDER
134 THIS AGREEMENT SHALL BE HEARD AND DECIDED BY ONE OR MORE NEUTRAL
135 ARBITRATORS AND YOU ARE GIVING UP THE RIGHT TO HAVE THE MATTER TRIED BY A
136 JUDGE OR JURY. THE RIGHT TO APPEAL AN ARBITRATION DECISION IS LIMITED UNDER
137 OREGON LAW.

138 **15. COMPLIANCE WITH LAW.** SELLER shall comply with all laws relating to the Property and the
139 sale thereof, including without limitation, the obligation to offer the Property for sale to any person without
140 regard to race, color, religion, gender, disability, marital status, familial status, sexual orientation, gender
141 identity, legal source of income, domestic violence victim or national origin.

142 **16. SELLER's PROPERTY DISCLOSURE STATEMENT.**    SELLER will complete the Seller's
143 Property Disclosure Statement accurately based upon SELLER's personal knowledge and information as
144 required under ORS 105.464. BROKER's FIRM has not made any statement, representation, warranty,
145 investigation, test or other inquiry into the accuracy or adequacy of SELLER's disclosures. SELLER
146 hereby authorizes BROKER to:
147     (a) deliver a copy of such Disclosure Statement to any prospective Buyer; and
148     (b) rely   solely upon SELLER's representations set forth in this Agreement and in the Disclosure
149     Statement without further inquiry or diligence on BROKER's part.

150 **17. REQUIRED DETECTORS.** Oregon Real Estate laws require SELLER to install an approved
151 SMOKE DETECTOR(s) and approved CARBON MONOXIDE DETECTOR(s) in the building(s) located
152 on the Property. SELLER will install approved smoke detector(s) and approved carbon monoxide
153 detector(s) in the building(s) located on the Property, as required by law.

154 **18. SELLER'S REPRESENTATIONS AND WARRANTIES.**    SELLER hereby represents and warrants
155 to BROKER's FIRM:
156     (a) that the undersigned SELLER has full authority to enter into this Agreement and to convey
157     marketable title to the Property to a buyer;
158     (b) the information on the attached Listing Data Input Form is correct and complete; and
159     (c) as of the date(s) of the closing of the sale of the Property and transfer of possession, all aspects
160     of the Property will be in substantially their present condition and free of material defects, except
161     as disclosed in the sale agreement or Seller's Property Disclosure Statement.

©RMLS 2020. ALL RIGHTS RESERVED.

Seller(s)
Initials

# RMLS OREGON EXCLUSIVE RIGHT TO SELL - LISTING CONTRACT

**PROPERTY ADDRESS:** 3220 SOUTHSHORE BLVD          **CITY, STATE** Lake Oswego, OR

162  **19. FIRPTA.** In general, the sale or other disposition of a U.S. real property interest by a foreign person
163  is subject to income tax withholding under the Foreign Investment in Real Property Tax Act of 1980
164  (FIRPTA). A "foreign person" includes a non-resident alien individual, foreign corporation, foreign
165  partnership, foreign trust and foreign estate.     If FIRPTA applies, the buyer or other qualified substitute may
166  be legally required to withhold this tax at closing.      In order to avoid closing delays, SELLER is requested
167  to initial one of the two statements:

168  _____ / _____          SELLER warrants and represents to BROKER and
169  BROKER's FIRM that SELLER is **not** a foreign person under FIRPTA.

170  _____ / _____          SELLER **is** a foreign person under FIRPTA.

171  **20. ADDITIONAL PROVISIONS.**
172  _____
173  _____
174  _____

175  **21. MODIFICATION.** No provision of this Agreement, including, without limitation, the amount of the
176  brokerage fee set forth in Section 5, may be modified except in writing signed by SELLER and by
177  BROKER's FIRM.

BROKER (printed)     Mary Jo Avery

BROKER Signature     _Mary Jo Avery_

Date of BROKER's Signature     11/18/2022  |  3:18 PM PST

Phone     503-799-3839

Email     maryjo@averybunickproperties.com

BROKER's License#     780300081

BROKER's FIRM (printed)     Avery Bunick Luxury Properties

Address     15540 BOONES FERRY RD

Address     _____

City Lake Oswego                    State OR          Zip 97034

Phone     503-799-3839

Email     Maryjo@Averybunickproperties.com

BROKERAGE License#     201216067

©RMLS 2020. ALL RIGHTS RESERVED.

Seller(s)
Initials

DocuSign Envelope ID: 5CC78870-0E70-4FEB-AFC4-37AE2CBA3329

# RMLS OREGON EXCLUSIVE RIGHT TO SELL - LISTING CONTRACT

**PROPERTY ADDRESS:** 3220 SOUTHSHORE BLVD          **CITY, STATE** Lake Oswego, OR

**SELLER(S):**

SELLER (printed) Blue Moon Property Group, LLC

SELLER Signature _____          Ronnie Sapp, Member

Date of SELLER's Signature ——944FD7EC3747421/18/2022 | 3:34 PM PST

Address _____

Address _____

City _____ State _____ Zip _____

Phone (w) _____

Phone (h) 981-400-9936

Email ronnieglen500@gmail.com

SELLER (printed) ~~Blue Moon Property Group, LLC~~#          N/A

SELLER Signature _____

Date of SELLER's Signature _____

Address _____

Address _____

City _____ State _____ Zip _____

Phone (w) _____

Phone (h) ~~000000000000000000000000~~

Email ~~000000000000000000000~~#

If legal representative or attorney-in-fact state capacity and name of real party in interest

Name _____

Capacity _____

On Behalf of _____

©RMLS 2020. ALL RIGHTS RESERVED.

Seller(s) Initials

# RMLS
Regional Multiple Listing Service

# RESIDENTIAL DATA INPUT FORM

Border Indicates Required Field

Page 1 of 7

Number in () indicates how many selections to choose or circle. Screened number indicates how many characters will fit on a line or space. For Auction Listings check Auction. For Range Price Listings check Range $ and use the Min and Max Price field boxes. The following Supplement Forms are available: Auction, Condo, Amenities, Additional Structure(s), Farm and Ranches, Floating Home, Green/Energy, Non-Owner Occupant, Townhouse/Planned Community and Water Rights.

ML# 22383853
SYSTEM ASSIGNED

| Property Tax ID# | 00319051 | | Property Tax ID# | | | Property Tax ID# | |
|---|---|---|---|---|---|---|---|

| Area | 147 | Price Type | ☐ Auction<br>☐ Commercial Lease<br>X List Price<br>☐ Range Price | Min Price | | List/Max Price | 2290000 |
|---|---|---|---|---|---|---|---|

| Address | 3220 | | SOUTHSHORE | | BLVD | | Unit | |
|---|---|---|---|---|---|---|---|---|
| | NUMBER | DIRECTION | STREET | | SUFFIX | QUAD | | |

| City | Lake Oswego | Zip | 97034 | +4 | Neighborhood/Building | Lake View Villas |
|---|---|---|---|---|---|---|

| County (1) | Clackamas | Zoning<br>Reqd if Lot Size = 1 Acre+ | | List Type (1) | X ER<br>☐ EA |
|---|---|---|---|---|---|

**Property Type (1)**

| ☐ ATTACHD | ☐ CO-OPHS |
|---|---|
| ☐ CONDO | X DETACHD |
| ☐ FLTHOME | ☐ IN-PARK |
| ☐ PARTOWN | ☐ PLNCOMM |
| ☐ RES-MFG | |

| Condo Unit Location(1)<br>REQUIRED IF PROPERTY<br>TYPE = CONDO | ☐ DETACHO<br>☐ UPPER | ☐ GROUND<br>☐ MAIN | ☐ LOWER<br>☐ TOWNHSE | CC&R<br>X YES<br>☐ NO | Farm Y/N<br>☐ YES<br>X NO |
|---|---|---|---|---|---|

| Lot/Land Leased/Rent Payment<br>REQUIRED IF PROPERTY<br>TYPE = IN-PARK | | Lot/Land Leased/Rent Payment Frequency;<br>REQUIRED IF PROPERTY<br>TYPE = IN-PARK | ☐ Annually<br>☐ Quarterly | ☐ Monthly<br>☐ Semi-Annually | ☐ One Time |
|---|---|---|---|---|---|

| Legal (Max 104 Chars) | 585 LAKE VIEW VILLAS 7 LT 557 |
|---|---|

| Limited Representation (1) | ☐ YES<br>X NO | Offers/Nego Instructions (1) | ☐ CALL-SA<br>☐ SEEDOCS | X SA-ONLY<br>☐ SELLER |
|---|---|---|---|---|

| Elementary School | Westridge | Elementary School | | Middle School | Lakeridge |
|---|---|---|---|---|---|

| High School | Lakeridge | High School | |
|---|---|---|---|

## GENERAL

| Lot Size (1) | ☐ 0 to 2,999 SqFt<br>X 7,000 to 9,999 SqFt<br>☐ 20,000 SqFt to .99 Acres<br>☐ 5 to 8.99 Acres<br>☐ 20 to 49.99 Acres<br>☐ 200+ Acres | ☐ 3,000 to 4,999 SqFt<br>☐ 10,000 to 14,999 SqFt<br>☐ 1 to 2.99 Acres<br>☐ 7 to 9.99 Acres<br>☐ 50 to 99.99 Acres | ☐ 5,000 to 6,999 SqFt<br>☐ 15,000 to 19,999 SqFt<br>☐ 3 to 4.99 Acres<br>☐ 10 to 19.99 Acres<br>☐ 100 to 199.99 Acres | # Acres<br>0.17<br><br>Required if Lot Size=1 Acre+<br>Lot Dimensions<br>Over 100' waterfront |
|---|---|---|---|---|

| Seller Disclosure (1) | X Disclosure<br>☐ Exempt | Other Disclosures | |
|---|---|---|---|

| Waterfront (2) | ☐ Bay Front<br>☐ Ocean Front<br>☐ Other | ☐ Creek<br>☐ River Front | X Lake<br>☐ Seasonal | Body of Water Name | Lake Oswego |
|---|---|---|---|---|---|

| Lot Description (4) | ☐ Air Strip<br>X Corner Lot<br>☐ Gated<br>☐ Hilly<br>☐ Merchantable Timber<br>☐ Private<br>☐ Secluded<br>☐ Trees | ☐ Bluff<br>☐ Cul-de-sac<br>☐ Gentle Sloping<br>☐ Leased Land<br>☐ Ocean Beach 1/4 Mile or Less<br>☐ Reproduced Timber<br>☐ Sloped<br>☐ Wooded | ☐ Claim-Mineral Right/Mine<br>☐ Flag Lot<br>☐ Golf Course<br>☐ Level<br>☐ On Busline<br>☐ Road Maintenance Agreement<br>☐ Street Car | ☐ Commons<br>☐ Flood Zone<br>☐ Green Belt<br>☐ Light Rail<br>☐ Pond<br>☐ Seasonal<br>☐ Terraced |
|---|---|---|---|---|

| View (3) | ☐ Bay<br>☐ Dunes<br>☐ Mountain(s)<br>☐ Pond<br>X Territorial<br>☐ Vineyard | ☐ City<br>☐ Golf Course<br>☐ Ocean<br>☐ River<br>☐ Trees/Woods | ☐ Creek/Stream<br>X Lake<br>☐ Park/Greenbelt<br>☐ Seasonal<br>☐ Valley | Road Surface (2) | ☐ Concrete<br>X Paved<br>☐ Unimproved | ☐ Dirt<br>☐ Pervious Pavement<br>☐ Other | ☐ Gravel<br>☐ Road Splits Property |
|---|---|---|---|---|---|---|---|

RMLS 12.19

©RMLS 2019. ALL RIGHTS RESERVED.

Seller(s) Initials

**RMLS**
Regional Multiple Listing Service

# RESIDENTIAL DATA INPUT FORM

Page 2 of 7

| ML# 22383853 SYSTEM ASSIGNED | ADDRESS 3220 SOUTHSHORE BLVD Lake Oswego, OR 97034 |
|---|---|

## Residence

**Square Footage (Excluding Attached Garage)**

| Upper | 0 (Approx) | Main | 2321 (Approx) | Lower | 1141 (Approx) | Additional SQFT | (Approx) | ☐ Lower ☐ Main ☐ Upper | **Total** (Approx) | Syst Calc'd 3462 |
|---|---|---|---|---|---|---|---|---|---|---|

**Source of Info. for SQFT**
county

NOTE: Total Square Footage is as reported by the Seller's Broker. For source of information and description of square footage, contact the Seller's Broker. Square footage includes finished and unfinished areas (excluding attached garage) and is not intended to represent "legal" or "liveable" square footage.

| YearBuilt | 1940 | #BDRMS | 3 | #Levels | 2 | |
|---|---|---|---|---|---|---|

| **Property Condition** (1) | ☐ Approximately ☐ Proposed ☐ Restored ☒ Updated/Remodeled | ☐ Fixer ☐ Register of Historic Homes ☐ Under Construction | ☐ New Construction ☐ Resale ☐ Unknown |
|---|---|---|---|

| **Roof** (1) | ☐ Built-Up ☐ Green Roof ☐ Shake ☐ Tile | ☒ Composition ☐ Membrane ☐ Shingle ☐ Other | ☐ Fiberglass ☐ Metal ☐ Slate | ☐ Flat ☐ Rubber ☐ Tar/Gravel |
|---|---|---|---|---|

| **# Garage** 2 #Cars | **Garage Description** (3) | ☒ ATTACHD ☐ CONVRTD ☐ OVRSIZE ☐ TANDEM | ☐ AVAIL ☐ DETACHD ☐ PTCNVT ☐ TUCKUNDR | ☐ CARPORT ☐ EXTDEEP ☐ SHARED |
|---|---|---|---|---|

| **Parking Features** (2) | ☐ Carport ☒ On Street ☐ None | ☐ Deeded ☐ Parking Pad ☐ Other | ☒ Driveway ☐ RV Access/Parking | ☐ Off Street ☐ Secured |
|---|---|---|---|---|

| **# Fireplaces** 1 | **Senior 55+ (Qualifies for Fair Housing Law Exemption/Affidavit Required)** | ☐ YES ☒ NO | **Warranty?** ☐ BUILDER ☐ HOME | **RV Desc** (3): | ☐ RV Hookup ☐ RV Parking ☐ RV/Boat Storage |
|---|---|---|---|---|---|

| **Fireplace Description** (3) | ☐ Electric ☐ Insert ☐ Propane ☐ Wood Burning | ☒ Gas ☐ Pellet Stove ☐ Stove | **Unreinforced Masonry Building:** ☐ YES ☐ NO ☐ UNKNOWN ☐ N/A |
|---|---|---|---|

| **Style** (2) (1 Reqd + 1) | ☐ 1 Story ☐ Bungalow ☐ Chalet ☐ Contemporary ☐ Craftsman ☐ Detached Condo ☐ Dutch Colonial ☐ FourSquare ☐ Lodge ☐ Manufactured Home ☐ Modular ☐ Pre-Fabricated Home ☐ Saltbox ☐ Studio ☐ Townhouse | ☒ 2 Story ☐ Cabin ☐ Colonial ☐ Cottage ☐ Custom Style ☐ Dome ☐ English ☐ Georgian ☐ Loft ☐ Mediterranean/Mission/Spanish ☐ NW Contemporary ☐ Ranch ☐ Single Wide Manufactured ☐ Tandem ☐ Traditional | ☐ A-Frame ☐ Capecod ☐ Common Wall ☐ Country French ☐ Daylight Ranch ☐ Double Wide Manufactured ☐ Farmhouse ☐ Live Work Unit ☐ Log ☒ Mid-Century Modern ☐ Prairie ☐ Row House ☐ Split ☐ Timber Frame ☐ Tri Level |
|---|---|---|---|

| **Exterior Description** (6) (1 Reqd + 5) | ☐ Aluminum ☐ Board & Batten Siding ☐ Cultured Stone ☐ Hard Concrete Stucco ☐ Man Made ☐ Panel ☒ Shingle Siding ☐ T-111 Siding ☐ Vinyl Siding | ☐ Asbestos ☐ Brick ☐ Exterior Insulated Foam System ☐ Lap Siding ☐ Metal Siding ☐ Plywood ☐ Stone ☐ Tongue and Groove ☐ Wood Composite | ☐ Block ☐ Cedar ☐ Fiber Cement ☐ Log ☐ Oriented Strand Board ☐ Shake Siding ☐ Stucco ☐ Unreinforced Masonry Building ☐ Wood Siding |
|---|---|---|---|

| **Basement** (3) | ☐ Crawl Space ☐ Exterior Entry ☐ None ☐ Separate Living Quarters/Apartment/Aux Living Unit ☐ Other | ☐ Daylight ☐ Finished ☐ Partial Basement ☐ Storage Space | ☐ Dirt Floor ☐ Full Basement ☐ Partially Finished ☐ Unfinished |
|---|---|---|---|

| **Foundation** (3) | ☐ Block ☐ Skirting ☐ None | ☒ Concrete Perimeter ☒ Slab ☐ Other | ☐ Pillar/Post/Pier ☐ Stem Wall |
|---|---|---|---|

RMLS 12.19

©RMLS 2019. ALL RIGHTS RESERVED.

Seller(s) Initials



**RMLS**
Regional Multiple Listing Service

# RESIDENTIAL DATA INPUT FORM

Page 3 of 7

| ML# 22383853 SYSTEM ASSIGNED | ADDRESS 3220 SOUTHSHORE BLVD Lake Oswego, OR 97034 |
|---|---|

### Remarks

**XStr/Dir**

Lake View to Southshore to Blue Heron

**Private**
(Max 400 chars)

Call Mary Jo Avery for showings 503-799-3839. Please write in the offer: (1) One Member of Blue Moon Property Group LLC is a licensed Oregon Broker. (2) $7,500 1x Lake Corp fee at close + annual $3,185 Lake Corp dues. (lakecorp.com)

**Public**
(Max 500 chars)

Incredible opportunity to own an exciting premium low bank home on Oswego Lake. This breathtaking home is meticulously updated inside/out. Top-end appliances, gorgeous firs, dramatic vaulted grt rm w/spectacular feature fireplace. Primary ste w/deck, award winning walk-in custom shower & closet. LL Wine cellar. Dock, boat house w/storage, fire pit, fountain, covered patio kitchen/bar, hottub. Plenty of boat prking.

Public remarks are intended for public viewing. Confidential information should be excluded. **No personal promotion or broker/owner contact information allowed in this section.** No links or websites allowed in the Public Remarks.

| Authorization to Post on Public Internet Sites: | Listing | X YES / ☐ NO | | Property Address (where permitted) | X YES / ☐ NO |
|---|---|---|---|---|---|
| **Disable Specific VOW and IDX Functionality:** | **Disable 3rd Party Comments:** | X YES / ☐ NO | | **Disable AVM:** | X YES / ☐ NO |

**VIDEO/VIRTUAL TOUR #1**   https://vimeo.com/758985144/9a943d4f58

**VIDEO/VIRTUAL TOUR #2**

No personal promotion or broker/owner contact information allowed in the virtual or video tour(s).

### Approximate Room Sizes and Descriptions

| BATHS | #FULL | #PART |
|---|---|---|
| Upper | 0 | |
| Main | 2 | |
| Lower | 1 | |
| Total | 3 Syst Calc'd | 0 |

| Room | Level (1) | Size | | Feature Each Room (6) | | |
|---|---|---|---|---|---|---|
| Primary Bedroom | ☐ Lower / X Main / ☐ Upper | 15 X 12 | Deck | Sliding Doors | Walk in Closet |
| | | | Soaking Tub | Quartz | Double Sinks |
| Bedroom 2 | ☐ Lower / X Main / ☐ Upper | 16 X 11 | Suite | Wall to Wall Carpet | Soaking Tub |
| | | | Shower | Quartz | |
| Bedroom 3 | X Lower / ☐ Main / ☐ Upper | 17 X 10 | French Doors | Suite | Tile Floor |
| | | | Walk-in Shower | Walk in Closet | Quartz |

DS

Seller(s) Initials

**RMLS**
Regional Multiple Listing Service

# RESIDENTIAL DATA INPUT FORM

Page 4 of 7

| ML# 22383853 SYSTEM ASSIGNED | ADDRESS 3220 SOUTHSHORE BLVD Lake Oswego, OR 97034 |

| Room | Level (1) | Size | | Feature Each Room (6) | | |
|---|---|---|---|---|---|---|
| Living | ☐ Lower<br>☒ Main<br>☐ Upper | 24 X | 22 | Deck<br>Sliding Doors | Fireplace<br>Vaulted Ceiling(s) | Great Room |
| Kitchen | ☐ Lower<br>☒ Main<br>☐ Upper | 16 X | 11 | Eat Bar<br>Pantry | Gas Appliances<br>Sliding Doors | Island |
| Dining | ☐ Lower<br>☒ Main<br>☐ Upper | 17 X | 11 | Deck<br>Vaulted Ceiling(s) | Skylight(s) | Sliding Doors |
| Family | ☒ Lower<br>☐ Main<br>☐ Upper | 32 X | 12 | Built-in Features<br>Patio | French Doors | Exterior Entry |
| Additional Room #1 (1) Laundry | ☒ Lower<br>☐ Main<br>☐ Upper | 15 X | 13 | Bathroom<br>Walk-in Shower | Storage<br>Sink | Tile Floor |
| Additional Room #2 (1) Entry | ☐ Lower<br>☒ Main<br>☐ Upper | X | | Vaulted Ceiling(s) | Closet | |
| Additional Room #3 (1) Wine Cellar | ☒ Lower<br>☐ Main<br>☐ Upper | X | | Built-in Features | | |

Round all measurements down to the nearest foot.

## Additional Room Description

| | | | |
|---|---|---|---|
| 2nd Kitchen | 2nd Master Bedroom | Atrium | Bedroom 4 |
| Bedroom 5 | Bedroom 6 | Bonus Room | Dark Room |
| Den | Eating Area | Entry | Family Room |
| Great Room | Guest Quarters | Hot Tub Room | Laundry |
| Library | Loft | Master Bathroom | Media Room |
| Mud Room | Nook | Office | Sauna |
| Storage | Sun Porch | Sun Room | Utility Room |
| Wine Cellar | Workshop | | |

## Room Feeatures

| | | | |
|---|---|---|---|
| 3rd Floor | 4th Floor | Air Cleaner | Appliance Garage |
| Balcony | Bamboo Floor | Barn Door(s) | Bathroom |
| Bathtub | Bathtub With Shower | Bay Window | Beamed Ceilings |
| Bookcases | Built-in Dishwasher | Built-in Features | Built-in Hot Tub |
| Built-in Microwave | Built-in Oven | Built-in Range | Built-in Refrigerator |
| Butler's Pantry | Ceiling Fan(s) | Central Vacuum | Closet |
| Closet Organizer | Convection Oven | Cook Island | Cork Floor |
| Country Kitchen | Coved | Daylight | Deck |
| Disposal | Double Closet | Double Oven | Double Sinks |
| Down Draft | Dressing Room | Dumbwaiter | Eat Bar |
| Eating Area | ENERGY STAR Qualified Appliances | Engineered Hardwood | Exterior Entry |
| Family Room/Kitchen Combo | Fireplace | Fireplace Insert | Formal |
| Free-Standing Range | Free-Standing Refrigerator | French Doors | Galley |
| Garden Window(s) | Gas Appliances | Gourmet Kitchen | Granite |
| Great Room | Hardwood Floors | Heatilator | High Ceilings |
| High Speed Internet | Home Theater | Humidifier | Indoor Grill |
| Instant Hot Water | Intercom | Island | Jetted Tub |
| Kitchen | Kitchen/Dining Room Combo | L Shaped | Laminate Flooring |
| Linseed Floor | Living Room/Dining Room Combo | Loft | Marble |
| Nook | Pantry | Passive Solar | Patio |
| Peninsula | Plumbed For Ice Maker | Pool | Quartz |
| Reclaimed Material | Roll-in Shower | Sauna | See Amenities Form |
| Sewing | Shared Bath | Shower | Sink |
| Skylight(s) | Slate Flooring | Sliding Doors | Soaking Tub |
| Solar Tube(s) | Sound System | Storage | Storm Door(s) |
| Studio | Suite | Sunken | Tile Floor |
| Trash Compactor | Updated/Remodeled | Vaulted Ceiling(s) | Vinyl Floor |
| Wainscoting | Walk in Closet | Walk-in Shower | Wall to Wall Carpet |
| Washer/Dryer | Water Feature | Water Purifier | Water Softener |
| Wet Bar | Whirlpool | Wood Floors | Wood Stove |

RMLS 12.19

©RMLS 2019. ALL RIGHTS RESERVED.

DS

Seller(s) Initials

**RMLS**
Regional Multiple Listing Service

# RESIDENTIAL DATA INPUT FORM

Page 5 of 7

| ML# 22383853 SYSTEM ASSIGNED | ADDRESS  3220 SOUTHSHORE BLVD Lake Oswego, OR 97034 |
|---|---|

## Features

### Kitchen (12)

| | | |
|---|---|---|
| ☐ Appliance Garage | ☒ Built-in Dishwasher | ☐ Built-in Microwave |
| ☐ Built-in Oven | ☐ Built-in Range | ☒ Built-in Refrigerator |
| ☐ Butler's Pantry | ☐ Convection Oven | ☐ Cook Island |
| ☐ Cooktop | ☐ Disposal | ☐ Double Oven |
| ☐ Down Draft | ☐ ENERGY STAR Qualified Appliances | ☐ Free-Standing Gas Range |
| ☒ Free-Standing Range | ☐ Free-Standing Refrigerator | ☒ Gas Appliances |
| ☐ Granite | ☐ Indoor Grill | ☐ Instant Hot Water |
| ☒ Island | ☐ Marble | ☐ Pantry |
| ☐ Plumbed For Ice Maker | ☐ Pot Filler | ☒ Quartz |
| ☒ Range Hood | ☐ Stainless Steel Appliance(s) | ☐ Tile |
| ☐ Trash Compactor | ☐ Water Purifier | ☐ Wine Cooler |

### Interior (12)

| | | |
|---|---|---|
| ☐ 3rd Floor | ☐ 4th Floor | ☐ Air Cleaner |
| ☐ Auxiliary Dwelling Unit | ☐ Bamboo Floor | ☐ Ceiling Fan(s) |
| ☐ Central Vacuum | ☐ Concrete Floor | ☐ Cork Floor |
| ☐ Dual Flush Toilet | ☐ Dumbwaiter | ☐ Elevator |
| ☐ Engineered Hardwood | ☐ Furnished | ☒ Garage Door Opener |
| ☒ Granite | ☐ Grey Water Recycling | ☐ Hardwood Floors |
| ☐ Heat Recovery Ventilator | ☐ Heated Tile Floor | ☐ Heatilator |
| ☐ High Ceilings | ☐ High Speed Internet | ☐ Home Theater |
| ☐ Hookup Available | ☐ Humidifier | ☐ Indoor Pool |
| ☐ Intercom | ☐ Jetted Tub | ☐ Laminate Flooring |
| ☒ Laundry | ☐ Linseed Floor | ☐ Lo-VOC Material |
| ☐ Marble | ☐ Passive Solar | ☐ Plumbed For Central Vacuum |
| ☒ Quartz | ☐ Reclaimed Material | ☐ Separate Living Quarters/Apartment/Aux Living Unit |
| ☐ Slate Flooring | ☐ Smart Appliance(s) | ☒ Smart Camera(s)/Recording |
| ☐ Smart Home | ☐ Smart Light(s) | ☒ Smart Thermostat |
| ☒ Soaking Tub | ☐ Solar Tube(s) | ☐ Sound System |
| ☐ Sprinkler | ☒ Tile Floor | ☒ Vaulted Ceiling(s) |
| ☐ Vinyl Floor | ☐ Wainscoting | ☒ Wall to Wall Carpet |
| ☐ Washer/Dryer | ☐ Water Purifier | ☐ Water Softener |
| ☐ WaterSense Fixture(s) | ☐ Wood Floors | |

### Exterior (12)

| | | |
|---|---|---|
| ☐ 4X4 Only Access | ☐ Arena | ☐ Athletic Court |
| ☐ Auxiliary Dwelling Unit | ☐ Barn(s) | ☐ Basketball Court |
| ☒ Boat House | ☐ Boat Only Access | ☐ Built-in Barbecue |
| ☐ Built-in Hot Tub | ☐ Corral(s) | ☐ Covered Arena |
| ☐ Covered Deck | ☒ Covered Patio | ☐ Cross Fenced |
| ☒ Deck | ☒ Dock | ☐ Dog Run |
| ☐ Fenced | ☐ Fire Pit | ☐ Free-Standing Hot Tub |
| ☐ Garden | ☐ Gas Hookup | ☐ Gazebo |
| ☐ Greenhouse | ☐ Guest Quarters | ☐ Hike Only Access |
| ☐ On Site Stormwater Management | ☐ Outbuilding | ☐ Outdoor Fireplace |
| ☒ Patio | ☐ Pool | ☐ Porch |
| ☐ Poultry Coop | ☐ Private Road | ☐ Public Road |
| ☐ Rain Barrel/Cistern(s) | ☐ Rain Garden | ☐ Raised Beds |
| ☐ RV Hookup | ☐ RV Parking | ☐ RV/Boat Storage |
| ☐ Satellite Dish | ☐ Sauna | ☐ Second Garage |
| ☐ Second Residence | ☐ Security Lights | ☐ Smart Camera(s)/Recording |
| ☐ Smart Irrigation | ☐ Smart Light(s) | ☐ Smart Lock(s) |
| ☐ Sprinkler | ☐ Storm Door(s) | ☐ Tennis Court(s) |
| ☐ Tool Shed | ☒ Water Feature | ☐ WaterSense Irrigation |
| ☐ Workshop | ☐ Xeriscape Landscaping | ☒ Yard |

### Security Features (4)

| | | |
|---|---|---|
| ☒ Entry | ☐ Fire Escape | ☐ Fire Sprinkler System |
| ☐ Intercom Entry | ☐ None | ☐ Security Gate |
| ☐ Security Guard | ☐ Security Lights | ☐ Security System Leased |
| ☐ Security System Owned | ☐ Unknown | |

### Windows (4)

| | | |
|---|---|---|
| ☐ Aluminum Frames | ☒ Double Pane Windows | ☐ Storm Window(s) |
| ☐ Triple Pane Windows | ☒ Vinyl Frames | ☐ Wood Frames |

### Type of Internet (2)

| | | |
|---|---|---|
| ☐ Cable | ☐ DSL | ☐ Other |
| ☐ Satellite | ☐ Wireless | |

DS

Seller(s) Initials

©RMLS 2019. ALL RIGHTS RESERVED.

**RMLS**
Regional Multiple Listing Service

# RESIDENTIAL DATA INPUT FORM

| ML# 22383853 | ADDRESS | 3220 SOUTHSHORE BLVD Lake Oswego, OR 97034 |
|---|---|---|
| SYSTEM ASSIGNED | | |

## Features

**Accessibility (10)**

| | | |
|---|---|---|
| ☐ Accessible Approach with Ramp | ☐ Accessible Doors | ☐ Accessible Elevator Installed |
| ☐ Accessible Entrance | ☐ Accessible Full Bath | ☐ Accessible Hallway(s) |
| ☐ Bathroom Cabinets | ☐ Built-in Lighting | ☐ Caregiver Quarters |
| ☐ Garage on Main | ☐ Ground Level | ☐ Kitchen Cabinets |
| ☒ Main Floor Bedroom w/Bath | ☐ Minimal Steps | ☐ Natural Lighting |
| ☐ One Level | ☐ Parking | ☐ Past Accessibility |
| ☐ Pathway | ☐ Roll-in Shower | ☐ Stair Lift |
| ☒ Utility Room On Main | ☒ Walk-in Shower | |

## Utilities

**Cool (1)**

| | | |
|---|---|---|
| ☐ Air Conditioning Ready | ☒ Central Air | ☐ EnergyStar Air Conditioning |
| ☐ Evaporative Cooling | ☐ Exhaust Fan | ☐ Heat Exchanger |
| ☐ Heat Pump | ☐ Wall Unit(s) | ☐ Window Unit(s) |
| ☐ None | ☐ Other | |

**Hot Water (2)**

| | | |
|---|---|---|
| ☐ Electricity | ☐ ENERGY STAR Qualified Equipment | ☒ Gas |
| ☐ Propane | ☐ Recirculating | ☐ Solar Hot water |
| ☐ Tank | ☐ Tankless | ☐ Other |

**Heat (3)**
**(1 Reqd + 2)**

| | | |
|---|---|---|
| ☐ Active Solar | ☐ Baseboard | ☐ Ceiling |
| ☐ Ductless | ☐ ENERGY STAR Qualified Equipment | ☐ Floor Furnace |
| ☒ Forced Air | ☐ Forced Air - 90% | ☐ Forced Air - 95+% |
| ☐ Gravity | ☐ Heat Exchanger | ☐ Heat Pump |
| ☐ Hot Water | ☐ Laser Oil Stove | ☐ Leased |
| ☐ Mini Split | ☐ Passive Solar | ☐ Radiant |
| ☐ Wall Furnace | ☐ Wood Stove | ☐ Zoned |
| ☐ None | ☐ Other | |

**Fuel (2)**
**(1 Reqd + 1)**

| | | |
|---|---|---|
| ☐ Electricity | ☒ Gas | ☐ Geothermal |
| ☐ Oil | ☐ Propane | ☐ Solar |
| ☐ Solar Off Grid | ☐ Solar Supplemental | ☐ Wood Burning |
| ☐ None | ☐ Other | |

**Water (2)**
**(1 Reqd + 1)**

| | | |
|---|---|---|
| ☐ Cistern | ☐ Community | ☐ Private |
| ☒ Public Water | ☐ Shallow Well | ☐ Shared Well |
| ☐ Spring | ☐ Well | ☐ Other |

**Sewer (2)**
**(1 Reqd + 1)**

| | | |
|---|---|---|
| ☐ Cesspool | ☐ Community | ☐ Pressure Distribution System |
| ☐ Public Available | ☒ Public Sewer | ☐ Sand Filtered |
| ☐ Septic Tank | ☐ Shared Septic | ☐ Standard Septic |
| ☐ Other | | |

## Financial

| Property Tax Per Year | 13263.34 | Special Assessment Balance $ | | BAC | 2.5 | BAC Type (1) | ☒ % |
|---|---|---|---|---|---|---|---|
| | | | | | | | ☐ $ |

| Property Tax Year | 2021 | Tax Deferral | ☐ YES | Tax Deferral Description |
|---|---|---|---|---|
| | | | ☒ NO | If Tax Deferral = Yes |

| Short Sale | ☐ YES | 3rd Party To Transaction | | ☐ YES | Bank Owned/ | ☐ YES | Total Comm. Differs if | ☐ YES |
|---|---|---|---|---|---|---|---|---|
| | ☒ NO | SALE REQUIRES APPROVAL OF 3RD PARTY due to Pending Foreclosure, Relo, Bank Trustee, etc. | | ☒ NO | REO | ☒ NO | Sold In-House | ☒ NO |

| Pre-approved Short Sale Price | ☐ YES |
|---|---|
| | ☐ NO |

| HOA Y/N? | ☐ YES | HOA Dues $ | 3185 | HOA Frequency (1) | ☐ 1-TIME | ☐ MO |
|---|---|---|---|---|---|---|
| | ☒ NO | | | | ☐ QTR | ☐ 6MO |
| | | | | | ☒ YR | |

| | | Other Dues $ | 7500 | Other Frequency (1) | ☒ 1-TIME | ☐ MO |
|---|---|---|---|---|---|---|
| | | | | | ☐ QTR | ☐ 6MO |
| | | | | | ☐ YR | |

| Escrow Preference | WFG Mary Ann Hughes | Rent, If Rented $ | |
|---|---|---|---|

©RMLS 2019. ALL RIGHTS RESERVED.

Seller(s) Initials

EXHIBIT A - Page 14 of 17
EXHIBIT 1 - Page 12 of 15     Case 22-31873-thp11     Doc 25     Filed 12/07/22

**RMLS**
Regional Multiple Listing Service

# RESIDENTIAL DATA INPUT FORM

Page 7 of 7

| ML# 22383853 | ADDRESS | 3220 SOUTHSHORE BLVD Lake Oswego, OR 97034 |
|---|---|---|
| SYSTEM ASSIGNED | | |

## Financial (Cont)

**Terms (6)**
**(1 Reqd + 5)**

| | | |
|---|---|---|
| ☐ Assumable | ☐ Call Seller's Agent | ☒ Cash |
| ☐ Contract | ☒ Conventional | ☐ Farm Credit Service |
| ☐ FHA | ☐ FMHA Loan | ☐ Lease Option |
| ☐ No Financing | ☐ Owner Will Carry | ☐ Rehab |
| ☐ State GI Loan | ☐ Trade | ☐ USDA Loan |
| ☐ VA Loan | ☐ Other | |

**Association**
**Amenities (12)**

| | | |
|---|---|---|
| ☐ Athletic Court | ☐ Basketball Court | ☐ Boat Slip |
| ☐ Cable TV | ☐ Central Air | ☐ Commons |
| ☐ Concierge | ☐ Electricity | ☐ Exterior Maintenance |
| ☐ Gas | ☐ Gated | ☐ Gym |
| ☐ Heat | ☐ Hot Water | ☐ Insurance |
| ☐ Internet | ☐ Lake Easement | ☐ Lap Pool |
| ☐ Laundry | ☐ Library | ☐ Maintenance Grounds |
| ☐ Management | ☐ Meeting Room | ☐ Party Room |
| ☐ Pool | ☐ Racquetball | ☐ Recreation Facilities |
| ☐ Road Maintenance | ☐ Satellite TV | ☐ Sauna |
| ☐ Sewer | ☐ Snow Removal | ☐ Spa/Hot Tub |
| ☐ Tanning Beds | ☐ Taxes | ☐ Tennis Court(s) |
| ☐ Trash | ☐ Unknown | ☐ Utilities |
| ☐ Water | ☐ Weight Room | |

## BROKER/AGENT DATA

| BKR Code | ABLP01 | Seller's Office | Avery Bunick Luxury Properties | Phone | 503-799-3839 | FAX | |
|---|---|---|---|---|---|---|---|
| Seller's Agent ID | AVERYMAR | Seller's Agent | Mary Jo Avery | Phone | 503-799-3839 | Agent Cell/PGR | 503-799-3839 |

| Agent Email | maryjo@averybunickproperties.com | Agent Extension | |
|---|---|---|---|

| Co-Seller's Broker Code | | Co-Seller's Agent ID | | Co-Seller's Agent | | Phone | |
|---|---|---|---|---|---|---|---|

**CO-SELLER'S AGENT EMAIL**

| List Date | 11/18/2022 | EXP Date | 2/28/2023 | Occupied By (1) | ☐ CALL-SA | ☒ OWNER |
|---|---|---|---|---|---|---|
| | MM / DD / YYYY | | MM / DD / YYYY | | ☐ PROPOSD | ☐ TENANT |
| | | | | | ☐ UNDRCON | ☐ VACANT |

**Possession (1)**

☐ Close Of Escrow    ☐ Immediate Possession
☒ Negotiable    ☐ Seller Rent Back
☐ Subject To Tenant Rights

| Seller Perm. Oregon Resident? | ☐ YES |
|---|---|
| | ☐ NO |

| FIRPTA Applies | ☐ YES | | Lockbox/Location/Combo | 503-799-3839 |
|---|---|---|---|---|
| | ☒ NO | | | |

| Owner | Blue Moon Property Group, LLC | 1st Contact | |
|---|---|---|---|

| Owner 2 | Blue Moon Property Group, LLC | 2nd Contact | |
|---|---|---|---|

| Tenant/ Other | | Showing Hours | |
|---|---|---|---|

**Show (6)**
**(1 Reqd +5)**

| | | |
|---|---|---|
| ☐ 24 Hour Notice | ☒ Appointment Only | ☐ Call Before Showing Code |
| ☐ Call Co-Seller's Agent | ☐ Call First | ☐ Call Owner |
| ☐ Call Seller Office | ☒ Call Seller's Agent | ☐ Call Tenant |
| ☐ Combination Lock Box | ☐ Concierge | ☐ Day Sleeper |
| ☐ Email Seller's Agent | ☐ Key in Seller's Office | ☐ Lockbox |
| ☐ Occupied | ☐ Other Lockbox - Not RMLS | ☐ Pet(s) on Premises |
| ☐ Security System | ☒ See Remarks | ☒ Seller's Agent Must Accompany |
| ☐ Showing Time | ☐ Text Co-Seller's Agent | ☐ Text Owner |
| ☐ Text Seller's Agent | ☐ Text Tenant | ☐ Under Construction |
| ☒ Vacant | | |

RMLS 12.19

©RMLS 2019. ALL RIGHTS RESERVED.

Seller(s) Initials

DocuSign Envelope ID: 5CC78870-0E70-4FEB-AFC4-37AE2CBA3329

# Listing Contract Addendum



Document #1250         Please print clearly         Revision Date: **5/1/2018**

## Listing Identification

Owner Name(s): **Blue Moon Property Group, LLC, Blue Moon Property Group, LLC**   MLS Number: **22383853**

Property Address: **3220 Southshore Blvd, Lake Oswego, OR  97034**

## Expiration Date Addendum

Expiration Date Extended to: _____**n/a**_____ , 11:59 PM .
<br>MM / DD / YYYY

## Listing Price Addendum

Listing Price Changed to: $ _____

Or Listing Range Price: $ **n/a**_____ - $ **n/a**_____
<br>(min.)                  (max.)

## Miscellaneous Addendum

Other Changes:
<br>_____
<br>_____
<br>_____
<br>_____

**Seller authorizes Sellers Agents to solely present all offers to purchase our home without the presence of the Buyer's Agent.**
<br>_____
<br>_____
<br>_____
<br>_____
<br>_____
<br>_____
<br>_____
<br>_____
<br>_____

## Authorization (BROKER & SELLER SIGNATURES REQUIRED)

The Seller(s) authorizes the above changes which are to be made a part of the original property data form.

Participant (printed): **L. Dawn Hanavan** _____

Participant's (signature): *L. Dawn Hanavan*
<br>9DFD1A630D640F...

Date: 11/18/2022 | 3:29 PM PST

Broker (printed): **Mary Jo Avery** _____

Broker's (signature): *Mary Jo Avery*
<br>50E9954108C54DB...

Date: 11/18/2022 | 3:18 PM PST

Seller (printed): **Blue Moon Property Group, LLC**

Seller (signature): _____ , Member
<br>9D44FDTEC37A5D89

Date: 11/18/2022 | 3:34 PM PST

Seller (printed): **Blue Moon Property Group, LLC**

Seller (signature): _____

Date: _____

Avery Bunick Luxury Properties, 15540 Boones Ferry Rd Lake Oswego OR 97035      Phone: 5037993839      Fax:      3220 Southshore
<br>Mary Jo Avery      Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

**EXHIBIT A - Page 16 of 17**

**EXHIBIT 1 - Page 14 of 15**
<br>Case 22-31873-thp11    Doc 25    Filed 12/07/22

DocuSign Envelope ID: 89AA02B8-72E2-4712-9C57-86DC1A4A1D08

# Listing Contract Addendum



Document #1250 | Please print clearly | Revision Date: 5/1/2018

## Listing Identification

Owner Name(s): **Blue Moon Property Group, LLC**          MLS Number: **22383853**

Property Address: **3220 Southshore Blvd, Lake Oswego, OR 97034**

## Expiration Date Addendum

Expiration Date Extended to: _____**n/a**_____ , 11:59 PM .
                             MM / DD / YYYY

## Listing Price Addendum

Listing Price Changed to: $ **2,150,000.00**_____

Or Listing Range Price: $ **n/a**_____ - $ **n/a**_____
                           (min.)                    (max.)

## Miscellaneous Addendum

Other Changes: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## Authorization (BROKER & SELLER SIGNATURES REQUIRED)

The Seller(s) authorizes the above changes which are to be made a part of the original property data form.

Participant (printed): **L. Dawn Hanavan**          Seller (printed): **Blue Moon Property Group, LLC**

Participant's (signature): *L. Dawn Hanavan*          Seller (signature): _____ , Member
                           80FB1A630D644DC...                              F407778A08A84FB...

Date: 11/28/2022 | 10:38 AM PST          Date: 11/29/2022 | 12:21 AM PST

Broker (printed): **Mary Jo Avery**          Seller (printed): _____

Broker's (signature): *Mary Jo Avery*          Seller (signature): _____
                      50F99D10585405A...

Date: 11/28/2022 | 10:38 AM PST          Date: _____

Avery Bunick Luxury Properties, 15540 Boones Ferry Rd Lake Oswego OR 97035          Phone: 5037993839          Fax:          3220 Southshore
Mary Jo Avery          Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

**EXHIBIT A - Page 17 of 17**

**EXHIBIT 1 - Page 15 of 15**   Case 22-31873-thp11   Doc 25   Filed 12/07/22

In re

Case No. _____
Amended

Debtor

**VERIFIED STATEMENT IN SUPPORT OF
EMPLOYMENT APPLICATION**

*Instructions to filer:* This statement must be completed by each person proposed to be employed under 11 U.S.C. § 327, 1103, or 1114. If the application also seeks approval of employment of my firm, this form must be completed and signed on behalf of the firm by the member, associate, or employee of the firm who is expected to be primarily responsible for the engagement. If the firm is a law firm proposed to provide services in the case or an associated adversary proceeding, this form must be completed on behalf of the firm by the attorney of record. Any amended statement must include "Amended" in the title, be complete, and clearly identify changes from the previous filed version. Italicized text below constitutes further instructions.

I, _____, make this statement in support of the application for approval of my employment by [*enter name of proposed employer, for example, name of debtor in possession, trustee, or creditors committee*] _____ (employer). If the application also seeks approval of employment of my firm, I make this statement on behalf of myself, my firm, and each other member, associate, or employee of my firm whom I expect to perform services for the employer in or in connection with this case, and each statement below is on behalf of each of those persons. Otherwise, paragraphs 2.3 and 2.5 below do not apply to this statement.

## 1. Disinterestedness

    1.1.   I am not a creditor of the debtor except:

    1.2.   I am not an equity security holder of the debtor.

    1.3.   I am not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the debtor.

    1.4.   I do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the debtor or for any other reason.

**1114 (12/1/2022)**               Page 1 of 4

**2. Insider status**

2.1. I am not a relative of the individual debtor [*"Relative" means an individual related by affinity or consanguinity within the third degree as determined by the common law or individual in a step or adoptive relationship within that third degree.*]

2.2. I am not a relative of an individual general partner of the debtor.

2.3. My firm is not a partnership in which the debtor is a general partner.

2.4. I am not a general partner of or in the debtor.

2.5. My firm is not a corporation of which the debtor is a director, officer, or person in control. [*"Corporation" has the meaning in 11 U.S.C. § 101(9) and includes limited liability company but not limited partnership.*]

2.6. I am not an officer or director of the debtor.

2.7. I am not a person in control of the debtor.

2.8. I am not a relative of a general partner, director, officer, or person in control of the debtor.

2.9. If the debtor is a municipality, I am not an elected official of the debtor or a relative of an elected official of the debtor.

2.10. I am not a managing agent of the debtor.

**3. Affiliates of the debtor** [*If the debtor has no affiliates, the affiliates list should say "None." In the balance of this statement, "affiliate" means an affiliate on the affiliates list below.*]

3.1. If I am an attorney proposed for employment as general bankruptcy counsel for the trustee or chapter 11 debtor in possession, the trustee or debtor in possession has with my advice prepared the list below of the debtor's affiliates, as that term is defined in 11 U.S.C. § 101(2), including each affiliate's name and relationship to the debtor.

3.2. If I am not an attorney described in paragraph 3.1 above, I have obtained from the trustee, chapter 11 debtor in possession, or the general bankruptcy counsel for the trustee or debtor in possession the list below of the debtor's affiliates, prepared in accordance with paragraph 3.1 above.

3.3. I am not an affiliate or an insider of an affiliate as if such affiliate were the debtor. [*"Insider" includes persons and other entities having a relation to the debtor listed in part 2 above.*]

Case 22-31873-thp11    Doc 25    Filed 12/07/22

**4. Employment by chapter 11 committee**

If I am proposed to be employed by a chapter 11 committee of creditors, equity-security holders, or retirees, I do not represent any other entity having an adverse interest in connection with the case.

**5. Connections**

I have no business, professional, personal, financial, or other connections with the debtor, affiliates, creditors, any party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee except:

**6. Compensation**

6.1. If I am an attorney representing the debtor in or in connection with this case, the following are the details of all compensation paid or agreed to be paid to me within one year before the petition date for services rendered or to be rendered in contemplation of or in connection with this case, including payments made to me by either the debtor or a third party for any services rendered to the debtor within one year before filing of the petition:

6.2. If I am proposed to be employed by the trustee or, in a chapter 11 case, by the debtor in possession or a committee of creditors, equity-security holders, or retirees, I do not represent or hold an interest adverse to the interest of the estate with respect to the matter on which I am proposed to be employed.

If, during this case, any of the above statements ceases to be correct because of events occurring or information that I gain after the petition date, I agree to immediately file an amended statement on this form, include "amended" in the title, and clearly identify any changes.

**1114 (12/1/2022)**                    Page 3 of 4

I verify under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_____
Signature of individual proposed to be employed

_____
Printed name of signer

_____
Address (including firm name, if applicable)

_____

_____

## LIST OF AFFILIATES OF THE DEBTOR
*See instructions in paragraph 3 above.*

| Name of Affiliate | Relationship of Affiliate to the Debtor |
|---|---|
|  |  |

In re Blue Moon Property Group, LLC
Ch 11 Bankruptcy Case No. 22-31873-thp11

CERTIFICATE - TRUE COPY

DATE:          December 7, 2022

DOCUMENT:   APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY REALTOR
             (Mary Jo Avery of Avery Bunick Luxury Properties, Inc.) AND RULE 2014
             VERIFIED STATEMENT OF PROPOSED PROFESSIONAL (Mary Jo
             Avery of Avery Bunick Luxury Properties, Inc.)

        I hereby certify that I prepared the foregoing copies of the foregoing named
documents and have carefully compared the same with the originals thereof and they
are correct copies therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

        I hereby certify that I served copies of the foregoing on:

    Blue Moon Property Group, LLC        Avery Bunick Luxury Properties
    Attn: Ronald Sapp                    Attn:  Mary Jo Avery
    17600 Pacific Hwy Unit 338           15540 Boones Ferry Rd.
    Marylhurst, OR 97036                 Lake Oswego, OR  97034

by mailing copies of the above-named documents to each of the above in a sealed
envelope addressed to the last known address.  Each envelope was deposited into the
postal system at Portland, Oregon, on the below date, postage prepaid.

        I hereby certify that the foregoing was served on all CM/ECF participants through
the Court's Case Management/Electronic Case File system on the date set forth below.

 Dated:  December 7, 2022          VANDEN BOS & CHAPMAN, LLP


                                   By:/s/Douglas R. Ricks_____
                                      Douglas R. Ricks, OSB #044026
                                      Christopher N. Coyle, OSB #073501
                                      Of Attorneys for Debtor-in-Possession