12/20/2022                                                                   Judge Teresa H Pearson

10:00  22-31873-thp11           Blue Moon Property Group, LLC - db           DOUGLAS R RICKS; COLLEEN LOWRY
                                Ronald Sapp - principal for db
                                Amy E Mitchell -tr
                                US Trustee, Portland -ust                    STEVE ARNOT

**Matter: Case Management Conference**

Summary of Proceedings

Debtor has listed the subject property for sale, in the hopes of receiving an offer that would pay off 100% of all claims. If an offer is received and accepted, debtor will file a motion to approve the sale, which will be set for hearing as soon as noticing rules allow.

Mr. Arnot raised the issue of whether debtor was eligible for relief in subchapter V or whether the case should be moved to a standard chapter 11 case; parties will work on resolving this without further involvement of the court if possible.

There have been no objections to Mr. Ricks' employment application (ECF No. 7), and he will lodge an appropriate order. As to the employment application (ECF No. 25) for the realtor, that is to be supplemented, and once any objection deadlines have passed, Mr. Ricks will also lodge an appropriate order.

Order to be prepared by:          _____ Clerk's Office          _____ Chambers          Other: Mr. Ricks

Minute Order: