Stephen P. Arnot OSB #070765
Assistant United States Trustee
U.S. Department of Justice
Office of the United States Trustee
1220 SW 3rd Ave., Rm. 315
Portland, OR 97204
Tel: (503) 326-4004
Email: Steve.Arnot@usdoj.gov

Attorney for Gregory M. Garvin,
Acting United States Trustee for Region 18

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Blue Moon Property Group, LLC,<br><br>Debtor. | Case No. 22-31873-thp11<br><br>**STIPULATED MOTION FOR ORDER EXTENDING TIME FOR THE UNITED STATES TRUSTEE TO CHALLENGE DEBTOR'S ELIGBILITY** |

Blue Moon Property Group, LLC ("Debtor") and Acting United States Trustee for Region 18, Greg Garvin (the "U.S. Trustee"), by and through his attorney Stephen P. Arnot, move this Court for an order extending the deadline through March 17, 2023 for the U.S. Trustee to file a Motion to challenge the Debtor's eligibility to file a Subchapter V case pursuant to Fed. R. Bankr. P. 1020(b).  This extension should be granted so as to avoid unnecessary litigation.   The primary asset may be sold shortly and this motion unnecessary if the creditors are all paid from the sale proceeds. .

DATED this 13th day of January, 2023.

        So stipulated,

        GREGORY M. GARVIN
        Acting United States Trustee for Region 18


        /s/ Stephen P. Arnot
        STEPHEN P. ARNOT, OSB #070765
        Assistant United States Trustee



        /s/Douglas R. Ricks
        Douglas R. Ricks, OSB #044026
        Christopher N. Coyle, OSB #073501
        Of Attorneys for Debtor-in-Possession