IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In re | Case No. 22-31873-thp11 |
|---|---|
| Blue Moon Property Group, LLC | NOTICE OF HEARING |
| Debtor-in-Possession. | |

YOU ARE NOTIFIED THAT A HEARING to consider and act on the following:

NOTICE OF SETTLEMENT; NOTICE OF MOTION; MOTION FOR APPROVAL OF SETTLEMENT

WILL BE HELD ON **April 4, 2023 at 9 a.m.** before the Honorable Teresa H. Pearson in Courtroom 4, U.S. Bankruptcy Court, 1050 SW Sixth Avenue, Suite 700, Portland, Oregon.

Testimony may be offered and received if admissible.

VANDEN BOS & CHAPMAN, LLP

By: /s/ Christopher N. Coyle
Christopher N. Coyle, OSB #073501
Of Attorneys for Debtor-in-Possession

On **3/10/23** a copy of this notice was served the attached list, attached only to the original copy filed with the Court (any party may request a copy of the list by contacting the undersigned) by mailing a copy of the above-named document to each of the above in a sealed envelope addressed to the same at his, her, or their last known address. Each envelope was deposited in the Post Office at Portland, Oregon, on the above date, postage prepaid.

VANDEN BOS & CHAPMAN, LLP

By: /s/ Christopher N. Coyle
Christopher N. Coyle, OSB #073501
Of Attorneys for Debtor-in-Possession

Page 1 of 1    NOTICE OF HEARING

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11    Doc 55    Filed 03/10/23

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 22-31873-thp11<br>District of Oregon<br>Portland<br>Fri Mar 10 09:24:21 PST 2023 | Annika Eriksson<br>1730 SW 203rd Ave<br>Beaverton, OR 97003-2164 | Avery Bunick Luxury Properties Inc<br>Attn Mary Jo Avery<br>15540 Boones Ferry Rd<br>Lake Oswego, OR 97035-3431 |
| JESSE A BAKER<br>Aldridge Pite, LLP<br>8880 Rio San Diego Drive<br>Ste 725<br>San Diego, CA 92108-1619 | Big Blue Capital Partners<br>c/o Tracey M. Baron, Authorized Rep.<br>1701 Oak Shore Lane<br>Portland, OR 97267-3628 | Blue Moon Property Group, LLC<br>17600 Pacific Hwy Unit 338<br>Marylhurst, OR 97036-0801 |
| Brilliant Homes, LLC<br>17600 Pacific Hwy, Ste 338<br>Marylhurst, OR 97036-0801 | CHRISTOPHER N COYLE<br>319 SW Washington St #520<br>Portland, OR 97204-2690 | Clackamas County Assessment & Taxation<br>c/o Tami Little, Assessor<br>150 Beavercreek Rd<br>Oregon City, OR 97045-4302 |
| DJ Property Solutions, LLC<br>c/o Troy G. Sexton, Atty<br>117 SW Taylor St, Ste 300<br>Portland, OR 97204-3029 | Darrell Deem, Deem Realty Funding, Deem<br>Investment Co, Janine Law, et al<br>c/o Troy G. Sexton, Atty<br>117 SW Taylor St, Ste 300<br>Portland, OR 97204-3029 | David G. Law<br>c/o Troy G. Sexton, Atty<br>117 SW Taylor St, Ste 300<br>Portland, OR 97204-3029 |
| Deem Realty Funding, Inc.<br>c/o Troy G. Sexton<br>117 SW Taylor St., Ste 300<br>Portland, OR 97204-3029 | Deutsche Bank National Trust Company<br>C/O Nationstar Mortgage LLC<br>Attn: Bankruptcy Dept<br>PO Box 619096<br>Dallas TX 75261-9096 | Donald Buckhout<br>1730 SW 203rd Ave<br>Beaverton, OR 97003-2164 |
| AMY EDWARDS<br>Stoel Rives LLP<br>760 SW Ninth Avenue<br>Suite 3000<br>Portland, OR 97205-2587 | BRYAN T. GLOVER<br>Stoel Rives LLP<br>600 University Street<br>Ste 3600<br>Seattle, WA 98101-3197 | Gretchen Pan & Xianghua 'Ed' Pan<br>c/o Troy G Sexton, Atty<br>117 SW Taylor, Ste 300<br>Portland, OR 97204-3029 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>Attn: Civil Process Clerk<br>U.S. Attorney, District of Oregon<br>1000 SW 3rd, #600<br>Portland, OR 97204-2936 | IRS<br>Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Lake Oswego Corporation<br>PO Box 203<br>Lake Oswego, OR 97034-0203 | Lake Oswego Corporation<br>c/o Bryan T. Glover<br>600 University Street, Suite 3600<br>Seattle, WA 98101-4109 | Amy E Mitchell<br>POB 2289<br>Lake Oswego, OR 97035-0074 |
| Mr. Cooper<br>PO Box 650783<br>Dallas, TX 75265-0783 | ODR<br>ATTN: Bankruptcy Unit<br>955 Center St NE<br>Salem, OR 97301-2555 | ODR<br>c/o Ellen Rosenblum, Attorney General<br>Oregon Department of Justice<br>1162 Court St, NE<br>Salem, OR 97301-4096 |
| RENX Group, LLC<br>c/o 6915 SW Macadam Ave, Ste 300<br>Portland, OR 97219-2377 | DOUGLAS R RICKS<br>319 SW Washington St #520<br>Portland, OR 97204-2620 | Red Phoenix Properties, LLC<br>c/o David James Rowe, RA<br>2204 SE 35th Pl<br>Portland, OR 97214-5808 |

```
State of Oregon                          Turning Leaf Homes, LLC              US Trustee, Portland
c/o Ellen Rosenblum, Attorney General    1701 SE Oak Shore Lane               1220 SW 3rd Ave., Rm. 315
Oregon Department of Justice             Milwaukie, OR 97267-3628             Portland, OR 97204-2829
1162 Court St, NE
Salem, OR 97301-4096
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS
Attn: Attorney General of United States
950 Pennsylvania Ave. NW
Washington, DC 20530
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)HarborView Mortgage Loan Trust Mortgage Lo    (u)Lake Oswego Corporation              End of Label Matrix
                                                                                         Mailable recipients    32
                                                                                         Bypassed recipients     2
                                                                                         Total                  34
```

Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #073501
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

Of Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 22-31873-thp11 |
|---|---|
| Blue Moon Property Group, LLC | NOTICE OF SETTLEMENT; NOTICE OF MOTION; MOTION FOR APPROVAL OF SETTLEMENT |
| Debtor. | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that pursuant to LBRs 2002-1(b) and 9019-1(e), Debtor-in-Possession Blue Moon Property Group, LLC has negotiated proposed settlements (the "Settlement") with Deutsche Bank National Trust Company and the Pans and Law Creditors (comprised of ((a) Gretchen Pan, an individual; Gretchen Pan, as successor in interest to the Elizabeth Steiner Trust; and Xianghua 'Ed' Pan (collectively, the "Pans") and (b) Darrel L. Deem, an individual; Darrel L. Deem, on behalf of his Roth IRA #14459; David G. Law, an individual; David G. Law, on behalf of his Roth IRA #11396; Janine W. Law, an individual; Janine W. Law, on behalf of her Roth IRA #12075; DJ Property Solutions, LLC, a Utah limited liability company; Deem Realty Funding, Inc., a Utah corporation; and Deem Investment Company, a Utah Corporation (collectively, the "Law Creditors")) with respect to the sale of 3220 Southshore Blvd., Lake Oswego, OR 97034 (the "Property"). The terms of the Settlement are contained in the Notice of Intent to Sell Real or Personal Property,

Page 1 of 7   NOTICE OF SETTLEMENT; NOTICE OF MOTION; MOTION FOR APPROVAL OF SETTLEMENT

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11    Doc 55    Filed 03/10/23

Compensate Real Estate Broker, and/or Pay Any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing (the "Sale Motion"). As stated in the Sale Motion:

- With respect to Deutsche Bank National Trust Company, Debtor asserts that there is an accounting dispute of approximately $200,000. By and through the Motion, and pursuant to the terms discussed between the parties, Debtor proposes to pay $1,202,566.50 (plus accrued interest from Feb. 1, 2023 to date of closing) in full satisfaction of the claim(s).

- With respect to the Pans and Law Creditors (as defined below), by and through the Motion and pursuant to the terms discussed between the parties, Debtor proposes to pay a total of $120,000 in full satisfaction of the claim(s).

- With respect to Red Phoenix Properties, LLC, Debtor provided two deeds of trust to this creditor, one for $60,000 and a second for $150,000. The second deed of trust was initial collateral provided by Brilliant Homes, LLC for financing that it was in the process of acquiring. The acquisition of such property was not complete as of the time of the transfer of the property to the Debtor nor on the Petition Date. Brilliant Homes, LLC has now acquired such property, and Red Phoenix Properties, LLC has agreed to a reconveyance on its second deed of trust, leaving only the initial $60,000 deed of trust outstanding for payment by the Debtor.

- Except as otherwise provided herein, all treatment of Holders of Allowed Claims are intended to be and shall be final. Sale Motion, Supplement.

Notwithstanding the foregoing, the terms of the Sale Motion shall control.

**PLEASE TAKE FURTHER NOTICE** that unless you file an objection to this notice no later than 21 days after the service date, and set forth the specific grounds for the objection and your relation to the case, with the clerk of court at 1050 SW 6th Ave #700, Portland, OR 97204 and serve it on Douglas R. Ricks, Vanden Bos & Chapman, LLP, 319 SW Washington #520, Portland, OR 97204; (503) 241-4869, the undersigned will submit a proposed order approving the settlement without further notice or a hearing.

Page 2 of 7   NOTICE OF SETTLEMENT; NOTICE OF MOTION; MOTION FOR APPROVAL OF SETTLEMENT

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11    Doc 55    Filed 03/10/23

## NOTICE OF MOTION

If you oppose the proposed course of action or relief sought in this motion, you must file a written objection with the bankruptcy court no later than twenty-one (21) days after the date listed in the certificate of service below. If you do not file an objection, the court may grant the motion without further notice or hearing. Your objection must set forth the specific grounds for objection and your relation to the case. The objection must be received by the Clerk of Court at the U.S. Bankruptcy Court, 1050 SW 6th Ave., 7th Floor, Portland, OR 97204 by the deadline specified above or it may not be considered. You must also serve the objection on Douglas R. Ricks, Vanden Bos & Chapman, LLP, 319 SW Washington St., Ste. 520, Portland, OR 97204 within that same time.

## MOTION

Debtor-in-Possession Blue Moon Property Group, LLC ("Debtor"), as debtor in the above-captioned chapter 11, subchapter V, case (the "Chapter 11 Case"), pursuant to Fed. R. Bankr. P. 9019(a), MOVES the Court for entry of an order, substantially in the form of the proposed Sale Order (as defined in the Sale Motion), approving the Settlement, described herein. In support, the Debtor states as follows:

1. The Court has jurisdiction over the motion pursuant to Sections 157 and 1334 of Title 28 and LR 2100-2(a). This is a core proceeding pursuant to Section 157(b)(2)(A), (B), (L), and (O) of Title 28. Venue of the Chapter 11 Case and this motion are proper pursuant to Section 1408 of Title 28.

2. The statutory predicates for the relief requested in the motion include Sections 105 and 1123 and Rules 2002 and 9019.

Page 3 of 7    NOTICE OF SETTLEMENT; NOTICE OF MOTION; MOTION FOR APPROVAL OF SETTLEMENT

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11    Doc 55    Filed 03/10/23

3. On November 9, 2022 (the "Petition Date"), the Debtor filed a voluntary chapter 11, subchapter V, petition under title 11 of the United States Code in the United States Bankruptcy Court for the District of Oregon (the "Bankruptcy Court").

4. Pursuant to 11 U.S.C. § 1183(a), Amy was appointed as Subchapter V Trustee (the "Trustee").

5. Following the Petition Date, the parties, by and through their authorized representatives, have sought to reach an amicable resolution of the relationships between Debtor, Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass- Through Certificates, Series 2006-9 ("Deutsche Bank National Trust Company, the Pans and Law Creditors (consisting of ((a) Gretchen Pan, an individual; Gretchen Pan, as successor in interest to the Elizabeth Steiner Trust; and Xianghua 'Ed' Pan (collectively, the "Pans") and (b) Darrel L. Deem, an individual; Darrel L. Deem, on behalf of his Roth IRA #14459; David G. Law, an individual; David G. Law, on behalf of his Roth IRA #11396; Janine W. Law, an individual; Janine W. Law, on behalf of her Roth IRA #12075; DJ Property Solutions, LLC, a Utah limited liability company; Deem Realty Funding, Inc., a Utah corporation; and Deem Investment Company, a Utah Corporation (collectively, the "Law Creditors")), and Red Phoenix Properties, LLC.

6. A bankruptcy court should approve a proposed settlement if the court finds the settlement "fair and equitable" based on an "educated estimate of the complexity, expense, and likely duration of . . . litigation, the possible difficulties of collecting on any judgment which might be obtained, and all other factors relevant to a full and fair assessment of the wisdom of the proposed compromise." *TMT Trailer Ferry*, 390 U.S. at 424. See also Martin

Page 4 of 7    NOTICE OF SETTLEMENT; NOTICE OF MOTION; MOTION FOR APPROVAL OF SETTLEMENT

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11    Doc 55    Filed 03/10/23

*v. Kane (In re A & C Props.)*, 784 F.2d 1377, 1381 (9th Cir. 1986) (a compromise should be approved when it is "fair and equitable").

7. It is sufficient that the Court find that the settlement was negotiated in good faith and is reasonable, fair, and equitable. *See A & C Props.*, 784 F.2d at 1381. Accordingly, a settlement need only "be in the best interests of the estate and 'reasonable, given the particular circumstances of the case.'" *Goodwin v. Mickey Thompson Entm't Grp., Inc. (In re Mickey Thompson Entm't Grp., Inc.)*, 292 B.R. 415, 420 (B.A.P. 9th Cir. 2003) (internal citations omitted).

8. To determine whether a compromise is fair and equitable, the Ninth Circuit has held that a bankruptcy court should consider:

> (a) [t]he probability of success in the litigation; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; (d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises.

*A & C Props.*, 784 F.2d at 1381 (quoting *Lambert v. Flight Transp. Corp. (In re Flight Transp. Corp. Sec. Litig.)*, 730 F.2d 1128, 1135 (8th Cir. 1984)).

9. The Settlement, together with the Sale Motion, resolves all matters pending or raisable between Debtor, Deutsche Bank National Trust Company, the Pans and Law Creditors, and Red Phoenix, LLC, avoids the commencement of either contested matters and/or adversary proceedings, and provides desired clarity regarding the Debtor's obligations moving forward. In addition, it resolves the Debtor's potential objections regarding such parties' Proofs of Claim as well as such parties potential defenses or claims in contested matters or adversary proceedings. As a result, the Settlement effectively and

Page 5 of 7   NOTICE OF SETTLEMENT; NOTICE OF MOTION; MOTION FOR APPROVAL OF SETTLEMENT

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11    Doc 55    Filed 03/10/23

efficiently resolves the disputes arising from the various lien interests in the Property and provides a concrete path forward for all parties.

10. While the Debtor believes it would have a strong probability of success with respect to its defenses and potential objections, each of the parties has secured claim(s) and defenses which each reasonably believes to have a strong probability of success. Further, and irrespective of each parties' belief in the merits of their respective positions, each party would incur significant attorneys' fees in litigation of such disputes; likewise, while each of the parties believes that the other would bear responsibility for some or all of such attorneys' fees, the extent of any such award is unknowable. Furthermore, the protracted nature of such disputes would both interfere with the sale of the Property and reduce the funds from such sale available to unsecured and equity creditors.

11. Collection is not a relevant factor.

12. While the dispute(s) are not legally complicated, the time and costs of litigation would both outpace the value of the alleged claims/defenses and jeopardize the proposed sale of the Property.

13. Resolution of the matters between the parties is in the best interest of creditors. Irrespective of the outcome of such litigation, on-going litigation prevents sale of the Property and would delay performance of the Debtor's proposed Plan, including distributions to unsecured and equity creditors. Even if successful, the Debtor will have incurred significant administrative expenses.

14. Accordingly, the Agreement should be approved.

Page 6 of 7  NOTICE OF SETTLEMENT; NOTICE OF MOTION; MOTION FOR APPROVAL OF SETTLEMENT

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11    Doc 55    Filed 03/10/23

WHEREFORE, the Debtor requests entry of the Sale Order together with such other orders as necessary to effectuate the Settlement.

DATED: March 10, 2023     VANDEN BOS & CHAPMAN, LLP

By:/s/Christopher N. Coyle
   Douglas R. Ricks, OSB #044026
   Christopher N. Coyle, OSB #073501
   Of Attorneys for Debtor-in-Possession

### CERTIFICATE - TRUE COPY

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

### CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

by mailing a copy of the above-named document to each of the above in a sealed envelope addressed to the same at his, her, or their last known address. Each envelope was deposited in the Post Office at Portland, Oregon, on the above date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: March 10, 2023     VANDEN BOS & CHAPMAN, LLP

By:/s/ Christopher N. Coyle
   Christopher N. Coyle, OSB #073501
   Of Attorneys for Debtor

Page 7 of 7    NOTICE OF SETTLEMENT; NOTICE OF MOTION; MOTION FOR APPROVAL OF SETTLEMENT

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11    Doc 55    Filed 03/10/23

```
Label Matrix for local noticing            Annika Eriksson                            Avery Bunick Luxury Properties Inc
0979-3                                     1730 SW 203rd Ave                          Attn Mary Jo Avery
Case 22-31873-thp11                        Beaverton, OR 97003-2164                   15540 Boones Ferry Rd
District of Oregon                                                                    Lake Oswego, OR 97035-3431
Portland
Fri Mar 10 09:24:21 PST 2023

JESSE A BAKER                              Big Blue Capital Partners                  Blue Moon Property Group, LLC
Aldridge Pite, LLP                         c/o Tracey M. Baron, Authorized Rep.       17600 Pacific Hwy Unit 338
8880 Rio San Diego Drive                   1701 Oak Shore Lane                        Marylhurst, OR 97036-0801
Ste 725                                    Portland, OR 97267-3628
San Diego, CA 92108-1619

Brilliant Homes, LLC                       CHRISTOPHER N COYLE                        Clackamas County Assessment & Taxation
17600 Pacific Hwy, Ste 338                 319 SW Washington St #520                  c/o Tami Little, Assessor
Marylhurst, OR 97036-0801                  Portland, OR 97204-2690                    150 Beavercreek Rd
                                                                                      Oregon City, OR 97045-4302

DJ Property Solutions, LLC                 Darrell Deem, Deem Realty Funding, Deem    David G. Law
c/o Troy G. Sexton, Atty                   Investment Co, Janine Law, et al           c/o Troy G. Sexton, Atty
117 SW Taylor St, Ste 300                  c/o Troy G. Sexton, Atty                   117 SW Taylor St, Ste 300
Portland, OR 97204-3029                    117 SW Taylor St, Ste 300                  Portland, OR 97204-3029
                                           Portland, OR 97204-3029

Deem Realty Funding, Inc.                  Deutsche Bank National Trust Company       Donald Buckhout
c/o Troy G. Sexton                         C/O Nationstar Mortgage LLC                1730 SW 203rd Ave
117 SW Taylor St., Ste 300                 Attn: Bankruptcy Dept                      Beaverton, OR 97003-2164
Portland, OR 97204-3029                    PO Box 619096
                                           Dallas TX 75261-9096

AMY EDWARDS                                BRYAN T. GLOVER                            Gretchen Pan & Xianghua 'Ed' Pan
Stoel Rives LLP                            Stoel Rives LLP                            c/o Troy G Sexton, Atty
760 SW Ninth Avenue                        600 University Street                      117 SW Taylor, Ste 300
Suite 3000                                 Ste 3600                                   Portland, OR 97204-3029
Portland, OR 97205-2587                    Seattle, WA 98101-3197

(p)INTERNAL REVENUE SERVICE                IRS                                        IRS
CENTRALIZED INSOLVENCY OPERATIONS           Attn: Civil Process Clerk                  Centralized Insolvency Operation
PO BOX 7346                                U.S. Attorney, District of Oregon          P. O. Box 7346
PHILADELPHIA PA 19101-7346                 1000 SW 3rd, #600                          Philadelphia, PA 19101-7346
                                           Portland, OR 97204-2936

Lake Oswego Corporation                    Lake Oswego Corporation                    Amy E Mitchell
PO Box 203                                 c/o Bryan T. Glover                        POB 2289
Lake Oswego, OR 97034-0203                 600 University Street, Suite 3600          Lake Oswego, OR 97035-0074
                                           Seattle, WA 98101-4109

Mr. Cooper                                 ODR                                        ODR
PO Box 650783                              ATTN: Bankruptcy Unit                      c/o Ellen Rosenblum, Attorney General
Dallas, TX 75265-0783                      955 Center St NE                           Oregon Department of Justice
                                           Salem, OR 97301-2555                       1162 Court St, NE
                                                                                      Salem, OR 97301-4096

RENX Group, LLC                            DOUGLAS R RICKS                            Red Phoenix Properties, LLC
c/o 6915 SW Macadam Ave, Ste 300           319 SW Washington St #520                  c/o David James Rowe, RA
Portland, OR 97219-2377                    Portland, OR 97204-2620                    2204 SE 35th Pl
                                                                                      Portland, OR 97214-5808
```

| | | |
|---|---|---|
| State of Oregon<br>c/o Ellen Rosenblum, Attorney General<br>Oregon Department of Justice<br>1162 Court St, NE<br>Salem, OR 97301-4096 | Turning Leaf Homes, LLC<br>1701 SE Oak Shore Lane<br>Milwaukie, OR 97267-3628 | US Trustee, Portland<br>1220 SW 3rd Ave., Rm. 315<br>Portland, OR 97204-2829 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
Attn: Attorney General of United States
950 Pennsylvania Ave. NW
Washington, DC 20530

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)HarborView Mortgage Loan Trust Mortgage Lo | (u)Lake Oswego Corporation | End of Label Matrix<br>Mailable recipients  32<br>Bypassed recipients   2<br>Total                34 |