**Troy G. Sexton, OSB No. 115184**
Motschenbacher & Blattner LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0517
Facsimile: (503) 417-0501
tsexton@portlaw.com

*Attorneys for Pan and Law Creditors*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 22-31873-thp11 |
|---|---|
| Blue Moon Property Group, LLC<br><br>Debtor. | PAN AND LAW CREDITORS OBJECTION TO DEBTOR'S NOTICE OF SETTLEMENT, NOTICE OF MOTION AND MOTION FOR APPROVAL OF SETTLEMENT |

Creditors (a) Gretchen Pan, an individual; Gretchen Pan, as successor in interest to the Elizabeth Steiner Trust; and Xianghua 'Ed' Pan (collectively, the "Pans") and (b) Darrel L. Deem, an individual; Darrel L. Deem, on behalf of his Roth IRA #14459; David G. Law, an individual; David G. Law, on behalf of his Roth IRA #11396; Janine W. Law, an individual; Janine W. Law, on behalf of her Roth IRA #12075; DJ Property Solutions, LLC, a Utah limited liability company; Deem Realty Funding, Inc., a Utah corporation; and Deem Investment Company, a Utah Corporation (collectively, the "Law Creditors")) object to Debtor's Notice of

Page 1  OBJECTION TO DEBTOR'S NOTICE OF SETTLEMENT, NOTICE OF MOTION AND MOTION FOR APPROVAL OF SETTLEMENT

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 22-31873-thp11    Doc 69    Filed 03/31/23

Settlement, Notice of Motion and Motion for Approval of Settlement (the "Settlement Motion") and in support of their objection, states as follows:

The Pan and Law Creditors entered into a settlement agreement with the Debtor that expired on its own terms as of September 1, 2022. Therefore, no binding settlement agreement currently exists between the parties.

Unless a new settlement agreement is entered into, and approved by the court, the Debtor's Motion should be denied as the sole basis to approve the Settlement with the Law and Pan Creditors is Section 363(f)(2) (consent). Because there is no consent from the Pan and Law Creditors, no authority to approve the settlement exists.

Dated March 31, 2023.     MOTSCHENBACHER & BLATTNER LLP

/s/ Troy G. Sexton
Troy G. Sexton, OSB No. 115184
Attorneys for the Pan and Law Creditors

Page 2    OBJECTION TO DEBTOR'S NOTICE OF SETTLEMENT, NOTICE OF MOTION AND MOTION FOR APPROVAL OF SETTLEMENT

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 22-31873-thp11    Doc 69    Filed 03/31/23

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below, a true and correct copy of the foregoing PAN AND LAW CREDITORS OBJECTION TO DEBTOR'S NOTICE OF SETTLEMENT, NOTICE OF MOTION AND MOTION FOR APPROVAL OF SETTLEMENT was provided to all participants of the Court's CM/ECF System.

      DATED: March 31, 2023.

      MOTSCHENBACHER & BLATTNER LLP

      /s/ Troy G. Sexton
      Troy G. Sexton, OSB No. 115184
      Attorneys for the Pan and Law Creditors

Page 3    CERTIFICATE OF SERVICE

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 22-31873-thp11   Doc 69   Filed 03/31/23