UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re: | Case No. **22-31873-thp11**

**Blue Moon Property Group, LLC**

Debtor(s)

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Amy Mitchell, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $ 0.00. A plan was confirmed on 4/14/2023. No plan payments were made to the trustee. The Court deemed the plan substantially consummated, and pursuant to 28 U.S.C. 586(e)(5) [or 11 U.S.C. § 330(a), as applicable], on 6/27/2023 the Court ordered compensation of $ 6,737.39 be awarded to the trustee. These funds were paid by the debtor to the trustee on 7/5/2023. I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: 7/6/2023           By: _/s/ Amy Mitchell_____
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR D**