Below is an order of the court.

_Teresa H. Pearson_
TERESA H. PEARSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Blue Moon Property Group, LLC,<br><br>        Debtor-in-Possession. | Case No. 22-31873-thp11<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR AN ORDER CONVERTING HEARING TO A STATUS CONFERENCE AND REMOVING CORRESPONDING FILING DEADLINES** |

THIS MATTER having come before the Court upon the Unopposed Motion for an Order Converting Hearing to a Status Conference and Removing Corresponding Filing Deadlines [ECF No. 138] (the "*Motion*"), and the Court being duly advised in the premises and finding good cause; now therefore;

IT IS HEREBY ORDERED that the August 15, 2023, hearing will be treated as a status conference and the corresponding filing deadlines in advance of the August 15 hearing are removed and cancelled.

# # #

Page **1** of **2** – ORDER GRANTING UNOPPOSED MOTION FOR AN ORDER CONVERTING HEARING TO A STATUS CONFERENCE AND REMOVING CORRESPONDING FILING DEADLINES

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

STOEL RIVES LLP

/s/ Bryan T. Glover
Amy Edwards, OSB No. 012492
Bryan T. Glover, WSBA 51045
(*Admitted Pro Hac Vice*)
760 S.W. Ninth Avenue, Suite 3000
Portland, Oregon 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480
Attorneys for Lake Oswego Corporation

cc: List of Interested Parties

Page **2** of **2** – ORDER GRANTING UNOPPOSED MOTION FOR AN ORDER CONVERTING HEARING TO A STATUS CONFERENCE AND REMOVING CORRESPONDING FILING DEADLINES

# List of Interested Parties

*ECF Participants:*

- **JESSE A BAKER**   ecforb@aldridgepite.com, JPB@ecf.inforuptcy.com;jbaker@aldridgepite.com
- **CHRISTOPHER N COYLE**   chris@vbcattorneys.com, ecfmail@vbcattorneys.com
- **AMY EDWARDS**   amy.edwards@stoel.com, cherie.ferreira@stoel.com;docketclerk@stoel.com
- **BRYAN T. GLOVER**   bryan.glover@stoel.com, docketclerk@stoel.com,michelle.smock@stoel.com,jeannie.lihs@stoel.com
- **AMY E MITCHELL**   mitchelltrustee@comcast.net, OR21@ecfcbis.com
- **DOUGLAS R RICKS**   ecfmail@vbcattorneys.com, doug@vbcattorneys.com;sara@vbcattorneys.com;ecfmail@vbcattorneys.com
- **TROY SEXTON**   tsexton@portlaw.com, nhenderson@portlaw.com,troy-sexton-4772@ecf.pacerpro.com,skuger@portlaw.com,courtnotices@portlaw.com
- **US TRUSTEE, PORTLAND**   USTPRegion18.PL.ECF@usdoj.gov

Page **1** of **1** –   LIST OF INTERESTED PARTIES

120458676.1 0042835-00112

Case 22-31873-thp11    Doc 139    Filed 08/02/23