Below is an order of the court.

_Teresa H. Pearson_
TERESA H. PEARSON
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re

**Blue Moon Property Group, LLC**

Debtor

Case No. **22-31873-thp11**
☐ Amended

**ORDER ON CLAIM OBJECTION**

Based on the claim objection (docket # **63**), IT IS ORDERED that the claim of **Lake Oswego Corporation**, proof of claim no. **2**, be disallowed or allowed as follows:

☐ Disallowed in full.

☐ Disallowed for any distribution.

☐ Disallowed for future distribution greater than the amount already paid ($_____).

☒ Allowed as (*fill in each blank even if amount is $0*)

    a secured claim for $ **0.00**,

    a priority unsecured claim for $ **0.00**, and

    a nonpriority unsecured claim for $ **90,000.00**.

☐ The amount of the arrearage is $ _____.

###

763.5 (12/1/2022)