

319 SW Washington Street, Suite 520
Portland, OR 97204

MAIN 503.241.4869
FAX 503.241.3731
vandenbos-chapman.com

**Douglas R. Ricks** | Attorney
doug@vbcattorneys.com

**August 14, 2023**

**VIA CM/ECF**

The Honorable Teresa H. Pearson
United States Bankruptcy Court, District of Oregon
1050 SW 6th Ave. #700
Portland, OR 97204

Re: <u>In re Blue Moon Property Group, LLC</u>;
Ch 11 Bankruptcy Case No. 22-31873-thp11

Dear Judge Pearson:

The purpose of this correspondence is to provide additional information on the Chapter 11 Subchapter V Debtor's Motion for Entry of Discharge and Application for Final Decree and Closing Order (the "Motion") and to address any concerns the Court may have with respect to the percentage of unsecured creditors' claims to be paid.

Under the Chapter 11, Subchapter V, Plan and the Order Authorizing Sale of Real and Personal Property Free and Clear of Liens, Compensation of Real Estate Broker (Docket #85), the two (2) unsecured creditors (Lake Oswego Corporation and Brilliant Homes) were paid different percentages, with Lake Oswego Corporation receiving 100% on its allowed claim and Brilliant Homes receiving approximately 94.51% on its allowed claim. Based on the respective claims and disbursements, the blended percentage on distributions to general unsecured creditors is 95.375, as reported on Motion.

Sincerely,

/s/Douglas R. Ricks
Douglas R. Ricks

DRR

Our File No. 9575