Below is an order of the court.

*Teresa H. Pearson*
TERESA H. PEARSON
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 22-31873-thp11 |
|---|---|
| Blue Moon Property Group, LLC, | ORDER ON VANDEN BOS & CHAPMAN, LLP'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR REORGANIZED DEBTOR |
| Reorganized Debtor | |

THIS MATTER having come before the Court on Vanden Bos & Chapman, LLP's Motion to Withdraw as Attorney of Record for Reorganized Debtor (the "Motion"), due notice having been given, and the Court, having reviewed the Motion, the supporting Declaration of Douglas R. Ricks, and the files and pleadings of record herein, finding good cause appearing,

IT IS ORDERED that the Motion is GRANTED; that Vanden Bos & Chapman, LLP and its attorneys ("VBC") be permitted to withdraw as Reorganized Debtor's counsel herein.

###

Page 1 of 2  ORDER ON VANDEN BOS & CHAPMAN, LLP'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR REORGANIZED DEBTOR

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11    Doc 144    Filed 08/15/23

**PRESENTED BY**:

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB# 044026

**LBR 9021-1 CERTIFICATION**
I certify that I have complied with the requirements of LBR 9021-1(a); the proposed form of order was served with the Motion.

By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB# 044026

**First Class Mail:**

Blue Moon Property Group, LLC
c/o Ronnie Sapp, Manager
17600 Pacific Hwy Unit 338
Marylhurst, OR 97036

Blue Moon Property Group
c/o Ronald Sapp, RA
4035 SE 52nd Ave. Ste. A
Portland, OR 97206

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 2 of 2   ORDER ON VANDEN BOS & CHAPMAN, LLP'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR REORGANIZED DEBTOR

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-31873-thp11    Doc 144    Filed 08/15/23